**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Door to Door Storage, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1698980** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**20425 72ND AVE. S.**
**Kent, WA 98032**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**King**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.doortodoor.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Door to Door Storage, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4931</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor **Door to Door Storage, Inc.**　　　　　Case number (*if known*) _____
　　Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**█　Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5001-10,000　　　　☐ 50,001-100,000
■ 100-199　　　　☐ 10,001-25,000　　　☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　 ☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　 ☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

---

Case 16-15618-CMA　Doc 1　Filed 11/07/16　Ent. 11/07/16 10:11:00　Pg. 3 of 141

| Debtor | Door to Door Storage, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 7, 2016**
              MM / DD / YYYY

**X** **/s/ Tracey F. Kelly**                      **Tracey F. Kelly**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Armand J. Kornfeld WSBA**       Date   **November 7, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Armand J. Kornfeld WSBA**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**       Email address

**#17214**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Door to Door Storage, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 7, 2016**      X **/s/ Tracey F. Kelly**
                                               Signature of individual signing on behalf of debtor

                                               **Tracey F. Kelly**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Door to Door Storage, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4ELEMENTS INC (A TRAFFIC TECH COMPANY) 6665 COTE-DE-LI MONTREAL, QC HAT 125 | Jean Lauture JLauture@traffictech.com 800-663-4721/514-343-8176 | Trade Debt | | | | $602,115.94 |
| Arizona Dept. of Revenue Unclaimed Property Unit P.O. Box 29026, Site Code 604 Phoenix, AZ 85038-9026 | 602-716-6031 | Unclaimed Property | | | | $10,496.09 |
| CA State Controller's Office Betty T Yee, CA St Controller Unclaimed Property Division 10600 White Rock Rd, Ste. 141 Rancho Cordova, CA 95670 | 916-323-2827/916-323-2851 | Unclaimed Property | | | | $11,282.61 |
| Commonwealth of Massachusetts Dept. of State Treasury, Unclaimed Property Division P.O. Box 414478 Boston, MA 02241-4478 | 617-367-0400/617-248-3944 | Unclaimed Property | | | | $10,167.35 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Door to Door Storage, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comptroller of Maryland Unclaimed Property Unit 301 West Preston Street Baltimore, MD 21201** | unclaim@comp.state.md.us 800-782-7383/410-333-7150 | **Unclaimed Property** | | | | $12,991.92 |
| **Florida Dept. of Financial Svc Division of Unclaimed Property 200 East Gaines Street Tallahassee, FL 32339-0358** | Ereporting@dfs.state.fl.us 850-413-5522/850-413-3018 | **Unclaimed Property** | | | | $22,027.50 |
| **Georgia Dept. of Revenue Unclaimed Property Program 4245 International Pkwy, #A Hapeville, GA 30354** | ucpmail@dor.ga.gov 404-968-0490/404-968-0772 | **Unclaimed Property** | | | | $12,030.30 |
| **GRAEBEL VANLINES, LLC Attn: Terry Carter 12790 Merit Dr. Suite 400 Dallas, TX 75251** | Terry Carter terry.carter@graebelmoving.com 972-694-0401 | **Co-Location Agreements** | | | | $322,713.06 |
| **LEWIS BRISBOIS BISGAARD ET AL 633 W FIFTH ST SUITE 4000 LOS ANGELES, CA 90071** | Sally Ochoa Sally.Ochoa@lewisbrisbois.com 213-680-5156/213-250-0270 | **Legal Services** | | | | $15,244.95 |
| **LILE MOVING AND STORAGE 8060 SW PFAFFLE ST STE 200 TIGARD, OR 97223-8489** | Tracie Wight tracie.wight@lile.net 503-726-4842/503-726-4896 | **Trade Debt** | | | | $15,705.00 |
| **Michelle Cage c/o Dale E. Washington 5942 Edinger Ave Huntington Beach, CA 92649** | Dale E. Washington 714-242-3868/714-242-3869 | **Litigation Claim** | | | | $20,000.00 |
| **MICROSOFT ONLINE INC PO BOX 847543 DALLAS, TX 75284-7543** | Raymond Onnagan adbill@microsoft.com 425-703-8763 | **Trade Debt** | | | | $95,325.17 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Door to Door Storage, Inc.** | | Case number *(if known)* | | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MOSS-ADAMS, LLP** PO BOX 748369 LOS ANGELES, CA 90074-8369 | **Jeff Fey** Jeff.Fey@mossadams.com 206-302-6410/206-622-9975 | **Accounting Services** | | | | **$15,279.45** |
| **MOVEVALET FORWARDING LLC** 12 STARCK DR BURGETTSTOWN, PA 15021 | **Beth Demasis** beth.demasis@starckvam.com 724-729-2832 | **Trade Debt** | | | | **$10,246.82** |
| **OBJECTFRONTIER INC** PO BOX 200107 PITTSBURGH, PA 15251-0107 | **Selva Kumar** selvakumar@object-frontier.com 91-44-3061-2100 (131) | **Trade Debt** | | | | **$10,000.00** |
| **ORION CONTACT CENTER SERVICES** 1590 A STREET NE AUBURN, WA 98002 | **Steve Tyler** steve.tyler@orioncontactcenter.com 253-661-7805 | **Trade Debt** | | | | **$35,804.25** |
| **RYDER INTEGRATED LOGISTICS** PO BOX 209022 DALLAS, TX 75320-9022 | **Wesley Reeves** wesley_reeves@ryder.com 510-520-3114 | **Service Agreements** | **Subject to Setoff** | | | **$34,603.10** |
| **SEATTLE-TACOMA BOX COMPANY** 23400 - 71ST PLACE SOUTH KENT, WA 98032 | **Amanda** Amandag@seattlebox.com 253-854-9700/253-852-0891 | **Trade Debt** | | | | **$180,618.19** |
| **Texas Comptroller of Public Ac Unclaimed Property Holder** P.O. Box 12019 Austin, TX 78711-2019 | unclaimed.property @cpa.state.tx.us 512-936-6246/512-936-6224 | **Unclaimed Property** | | | | **$11,454.11** |
| **UNITED RENTALS NORTHWEST INC** FILE 51122 LOS ANGELES, CA 90074-1122 | **Romuald Salaver** rsalaver@ur.com 212-333-6600 | **Trade Debt** | | | | **$9,111.47** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Door to Door Storage, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      **4,082,973.19**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $      **4,082,973.19**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **4,000,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **1,659,146.01**

4. Total liabilities .................................................................................................................
Lines 2 + 3a + 3b      $      **5,659,146.01**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   **Door to Door Storage, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$4,250.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase, N.A.** | **Concentration Account** | 6213 | $575,454.11 |
| 3.2. | **JP Morgan Chase, N.A.** | **Merchant Account** | 6197 | $0.00 |
| 3.3. | **JP Morgan Chase, N.A.** | **Cash Depository Account** | 6205 | $0.00 |
| 3.4. | **JP Morgan Chase, N.A.** | **AP Account** | 6221 | $0.00 |
| 3.5. | **JP Morgan Chase, N.A.** | **Payroll Account** | 6239 | $0.00 |
| 3.6. | **Bank of Amercia, N.A.** | **Checking Account** | 4811 | $3,200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Door to Door Storage, Inc.**
Name

Case number *(if known)*

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | $582,904.11 |

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **Lease Security Deposit:  JBL Creekside LLC** | $18,966.00 |
   |---|---|---|
   | 7.2. | **Lease Security Deposit:  Prologis TLF Kent LLC** | $23,796.86 |
   | 7.3. | **Lease Security Deposit:  Watson Partners LP** | $59,231.00 |
   | 7.4. | **Lease Security Deposit:  Principal Life Insurance CO** | $51,629.35 |
   | 7.5. | **Lease Security Deposit: Trepte Investment** | $49,680.00 |
   | 7.6. | **Lease Security Deposit: Melrose Park Corporate CTR** | $37,098.18 |
   | 7.7. | **Lease Security Deposit: 80 Industrial Way LLC** | $37,500.00 |
   | 7.8. | **Lease Security Deposit: Bristol Beltsville,LLC** | $34,405.58 |
   | 7.9. | **Lease Security Deposit: CB Luna Industrial No .3, LTD** | $10,277.07 |
   | 7.10. | **Lease Security Deposit: RUT 3-4-7 Ltd** | $7,021.18 |
   | 7.11. | **Lease Security Deposit: Sina & Davis Mehdyzadeh LLC** | $31,500.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Door to Door Storage, Inc.**                                   Case number *(If known)* _____
        <span style="font-size:smaller">Name</span>

---

7.12
.       **Permit Deposit:  Dept of Public Works City & Co San Fran**                          $25,000.00

---

7.13
.       **Utility Deposit:  Reading Municipal Light Dept**                                     $1,500.00

---

7.14
.       **Services Contract Deposit:  Ryder Intergrated Logistics**                           $36,000.00

---

7.15
.       **Services Contract Deposit:  Ryder Intergrated Logistics**                          $156,000.00

---

7.16
.       **Services Contract Deposit: Ryder Truck Rental**                                      $3,508.00

---

7.17
.       **Utility Deposit: Washington Gas**                                                    $2,415.00

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

    8.1.   **Software Annual Maintenance:  Fine Solutions**                                     $1,310.97

---

    8.2.   **Software Annual Maintenance:  Liason Software**                                      $373.82

---

9.      **Total of Part 2.**                                                        |  $587,213.01  |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:          **289,069.80**   -        **28,153.94**      =....      $260,915.86
                                 <span style="font-size:smaller">face amount</span>      <span style="font-size:smaller">doubtful or uncollectible accounts</span>

---

    11b. Over 90 days old:             **172,224.48**    -      **164,850.48**      =....        $7,374.00
                                 <span style="font-size:smaller">face amount</span>      <span style="font-size:smaller">doubtful or uncollectible accounts</span>

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor **Door to Door Storage, Inc.**
Name

Case number *(If known)*

---

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | $268,289.86 |

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Packing Supplies | | Unknown | Cost | $68,541.05 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

    | $68,541.05 |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 4

Debtor    **Door to Door Storage, Inc.**         Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**Included in answer to 41.** | $0.00 | $0.00 |
| 40. | **Office fixtures**<br>**Included in answer to 41.** | $0.00 | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Furniture Fixtures and Equipment** | $16,477.23   Net Book Value | $16,477.23 |
| | **Phone System Hardware** | $2,827.46   Net Book Value | $2,827.46 |
| | **Computer Hardware & Equipment** | $66,392.56   Net Book Value | $66,392.56 |
| | **Software applications & licenses** | $513,102.53   Net Book Value | $513,102.53 |
| | **Office and other equipment** | $0.00 | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | |
   |---|
   | $598,799.78 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Door to Door Storage, Inc.**         Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| **Leased Equipment:** **Lessor: Ryder Integrated Logistics** | **Unknown** | | **Unknown** |
| **Storage Containers** | **$1,751,872.87** | **Net Book Value** | **$1,751,872.87** |
| **Storage Covers** | **$178,442.56** | **Net Book Value** | **$178,442.56** |
| **Forklifts and Handling Equipment** | **$46,857.49** | **Net Book Value** | **$46,857.49** |

51.    **Total of Part 8.**                                    **$1,977,172.92**

       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **See Schedule G listing of real property leases.** | | **Unknown** | | **Unknown** |
| 55.2.   **Leasehold improvements** | | **$16,214.37** | | **Unknown** |

56.    **Total of Part 9.**                                          **$0.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Door to Door Storage, Inc.**         Case number *(If known)* _____
         Name

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   Patents, copyrights, trademarks, and trade secrets<br>**Trademark** | **$52.46** | **Net Book Value** | **$52.46** |

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| | **DITY-MOVE.COM**<br>**DITY-MOVE.NET**<br>**DITY-MOVE.US**<br>**DITY-MOVERS.COM**<br>**DITY-MOVERS.NET**<br>**DITY-MOVERS.US**<br>**DTDMOVING.COM**<br>**DTDSTORAGE.COM**<br>**MYPERSONALLYPROCUREDMOVE.COM**<br>**MYPPMMOVE.COM**<br>**MYPPMMOVER.COM**<br>**PERSONALLYPROCUREDMOVE.NET**<br>**PERSONALLYPROCUREDMOVER.COM**<br>**PERSONALLYPROCUREDMOVERS.COM**<br>**PERSONALLYPROCUREDMOVES.COM**<br>**PPM-MOVE.COM**<br>**PPM-MOVER.COM**<br>**PPMMOVEONLINE.COM**<br>**PPMMOVERONLINE.COM**<br>**PPMMOVESITE.COM**<br>**THEPERSONALLYPROCUREDMOVE.COM**<br>**THEPPMMOVER.COM**<br>**YOURPPMMOVE.COM**<br>**citytocity.com**<br>**citytocitymoving.com**<br>**citytocitymoving.net**<br>**door2door.com**<br>**doortodoor.com**<br>**doortodoor.net**<br>**storagepod.com**<br>**storagepod.info** | **$0.00** | | **Unknown** |

| 62. | Licenses, franchises, and royalties |
|---|---|
| 63. | Customer lists, mailing lists, or other compilations |
| 64. | Other intangibles, or intellectual property |
| 65. | Goodwill |

| 66. | Total of Part 10.<br>Add lines 60 through 65. Copy the total to line 89. | **$52.46** |
|---|---|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Door to Door Storage, Inc.**        Case number *(if known)* _____
      Name

    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71. Notes receivable**<br>Description (include name of obligor) |  |
| **72. Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Accumulated operating losses since Debtor's inception: $36,355,136 as of 8/31/16 ($34,874,905 as of 12/31/15, plus $1,480,231 2016 YTD net losses through 8/31/16). Only $26,007,883 available for carryforward.**    Tax year   **See Notes** | **Unknown** |
| **73. Interests in insurance policies or annuities**<br>**See schedule G listing of insurance policies.** | **$0.00** |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| **76. Trusts, equitable or future interests in property** |  |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| **78. Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor     **Door to Door Storage, Inc.**
           Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $582,904.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $587,213.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $268,289.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $68,541.05 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $598,799.78 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,977,172.92 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $52.46 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,082,973.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,082,973.19 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-15618-CMA     Doc 1     Filed 11/07/16     Ent. 11/07/16 10:11:00     Pg. 18 of 141

**Fill in this information to identify the case:**

Debtor name  **Door to Door Storage, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Adams County Treasurer**

Creditor's Name

**4430 S Adams County Parkway, S**
**Brighton, CO 80601**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**9377**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Personal Property Taxes Denver**
**Notice Only**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**    Value of collateral: **$0.00**

**2.2 Broward Cty Records**

Creditor's Name

**115 S. Andrews Ave., #A100**
**Fort Lauderdale, FL 33301**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1695**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Personal Property Taxes Miami**
**Notice Only**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$0.00**    Value of collateral: **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Door to Door Storage, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.3 | **Carrolton-Farmers Branch I.S.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Dallas Notice Only**

$0.00     $0.00

**P.O. Boox 110611**
**Carrollton, TX 75011**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9667**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **CB Luna Industrial No. 4, LTD** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

$0.00     $0.00

**1722 Routh Street, Ste. 770**
**Dallas, TX 75201**

Creditor's mailing address

**Describe the lien**
**UCC1 filed as to Leased Real Property.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Cypress-Fairbanks Tax Assessor** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Houston Notice Only**

$0.00     $0.00

**10494 Jones Rd, Ste. 106**
**Houston, TX 77065**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Door to Door Storage, Inc.**                                    Case number (if know) _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**1241**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Dallas County Tax Office** | | |
|---|---|---|---|

Creditor's Name

**Attn: John R. Ames CTA**
**500 Elm Street**
**Dallas, TX 75202**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**7200**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Dallas**
**Notice Only**                                    $0.00          $0.00

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Gwinnett County Tax Commission** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 372**
**Lawrenceville, GA 30046**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**3334**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Atlanta**
**Notice Only**                                    $0.00          $0.00

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 8

Debtor **Door to Door Storage, Inc.**
Name           Case number (if know)

---

| 2.8 | **Harris County Tax Assessor** |
|---|---|

Creditor's Name

**P.O. Box 4622**
**Houston, TX 77210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1241**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Houston**
**Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

---

| 2.9 | **Hewlett-Packard Fin. Services** |
|---|---|

Creditor's Name

**200 Connell Drive**
**Berkeley Heights, NJ 07922**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC1 Filed as to Equipment.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

---

| 2.10 | **Howard County Dept. of Finance** |
|---|---|

Creditor's Name

**P.O. Box 3370**
**Ellicott City, MD 21041**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Maryland**
**Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

$0.00      $0.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 8

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Door to Door Storage, Inc.**            Case number (if know) _____
       Name

---

**Last 4 digits of account number**
**0113**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|---|---|---|---|

**JP Morgan Chase Bank**
Creditor's Name

**201 N. Central Ave.**
**21st Floor**
**AZ1-1178**
**Phoenix, AZ 85004**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**January 2014**

**Last 4 digits of account number**
**6054**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts, Chattel Paper, Deposit Accounts, Inventory, General Intangibles, Equipment, etc.**

**Describe the lien**
**Security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,000,000.00**      **Unknown**

---

| 2.1 2 | | | |
|---|---|---|---|

**King County Treasury**
Creditor's Name

**Atn  Linda Crane Nelsen**
**500 4th Ave  #600**
**Seattle, WA 98104-2387**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8447**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes**
**Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

---

| 2.1 3 | | | |
|---|---|---|---|

**King County Treasury**

**Describe debtor's property that is subject to a lien**

**$0.00**      **$0.00**

---

Debtor **Door to Door Storage, Inc.**          Case number (if know) _____
     Name

---

Creditor's Name

**Atn  Linda Crane Nelsen**
**500 4th Ave  #600**
**Seattle, WA 98104-2387**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8447**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Personal Property Taxes**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.1
4

**Orange County Tax Collector**

Creditor's Name

**P.O. Box 545100**
**Orlando, FL 32854**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7528**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Orlando Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00       $0.00

---

2.1
5

**Pacific Office Automation**

Creditor's Name

**P.O. Box 35701**
**Billings, MT 59107-5701**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Two UCC1s as to Leased Equipment.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00       $0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Door to Door Storage, Inc.**                                    Case number (if know) _____

_____ Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | ■ Disputed |

---

| 2.1 6 | **Town of Wilmington** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**121 Glen Road - Room 1 Wilmington, MA 01887**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Boston Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2750**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

| 2.1 7 | **Travis County Tax Collector** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8314 Cross Park Dr Austin, TX 78714**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Austin Notice Only**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7997**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

| 2.1 8 | **Valwood Improvement Authority** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1740 Briercraft Ct Carrollton, TX 75006**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal Property Taxes Dalla Notice Only**

**Describe the lien**

---

Debtor **Door to Door Storage, Inc.**
Name

Case number (if know) _____

**Statutory Lien**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7200**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,000,000.00** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Door to Door Storage, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br><br>**4ELEMENTS INC**<br>**(A TRAFFIC TECH COMPANY)**<br>**6665 COTE-DE-LI**<br>**MONTREAL, QC HAT 125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$602,115.94** |
| **3.2** Nonpriority creditor's name and mailing address<br><br>**Access Information Mgmt**<br>**2205 51st Ave E.**<br>**Suite 302**<br>**Fife, WA 98424**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$53.95** |
| **3.3** Nonpriority creditor's name and mailing address<br><br>**ADVANCE RELOCATION & STORAGE**<br>**C/O ACTION CAPITAL CORP**<br>**PO BOX 56346**<br>**ATLANTA, GA 30343**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,225.00** |
| **3.4** Nonpriority creditor's name and mailing address<br><br>**AFFILIATED MOVERS OF OK. CITY**<br>**PO BOX 94935**<br>**OKLAHOMA CITY, OK 73143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,895.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     27718     Best Case Bankruptcy

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$727.90** |
|---|---|---|---|

**Alabama State Treasury**
**Unclaimed Property Division**
**P.O. Box 302520**
**Montgomery, AL 36130-2520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,401.25** |
|---|---|---|---|

**Alan Turkheimer**
**3535 Linda Vista Dr**
**Space 188**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$507.21** |
|---|---|---|---|

**Alex Levy**
**6220 E Vista St**
**LONG BEACH, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,601.88** |
|---|---|---|---|

**ALL AMERICAN MOVING & STORAGE**
**3890 TWIN CREEKS DR**
**COLUMBUS, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,208.00** |
|---|---|---|---|

**AMERICAN VAN SERVICE, INC.**
**7704 WEST GEIGER BLVD**
**SPOKANE, WA 99224-9737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,177.42** |
|---|---|---|---|

**ANNA NGUYEN**
**3650 Pleasant Knoll Dr**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,496.09** |
|---|---|---|---|

**Arizona Dept. of Revenue**
**Unclaimed Property Unit**
**P.O. Box 29026, Site Code 604**
**Phoenix, AZ 85038-9026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Arodal**
P.O. Box 98945
Des Moines, WA 98198-0945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.35** |
|---|---|---|---|

**AT&T**
P.O. Box 5025
Carol Stream, IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,555.00** |
|---|---|---|---|

**BEKINS A-1 MOVERS INC**
5827 CURLEW DR   SUITE 5
NORFOLK, VA 23502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,094.40** |
|---|---|---|---|

**BEKINS A-1 MOVERS INC**
4210 SOBB AVE
LAS VEGAS, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$490.00** |
|---|---|---|---|

**BEST BET MOVING**
1805 SULLIVAN ST
GREENBORO, NC 27405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**BOOSKA MOVERS INC**
180 FLYNN AVE
BURLINGTON, VT 05401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.00** |
|---|---|---|---|

**Brandon Butler**
9314 NE 99th St
Vancouver, WA 98662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Door to Door Storage, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $74.05 |

**Brent Haines**
**3614 Cheshire Ave**
**Carlsbaugh, CA 92010**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $544.14 |

**BRODIE, INC**
**PO BOX 1888**
**LAWRENCE, MA 01842-3888**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $396.48 |

**BRUCE HALPRIN**
**26632 West Alsace Dr**
**Calabasas, CA 91302**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $11,282.61 |

**CA State Controller's Office**
**Betty T Yee, CA St Controller**
**Unclaimed Property Division**
**10600 White Rock Rd, Ste. 141**
**Rancho Cordova, CA 95670**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $4,000.00 |

**Chris T. Bennett CPA**
**P.O. Box 3674**
**Bellevue, WA 98009-3674**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $91.40 |

**Christopher Mason**
**9306 Maple St**
**Bellflower, CA 90707**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $6.00 |

**Cliff Beal**
**10960 W Florida Ave, Unit 123**
**Lakewood, CO 80232**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Coastal Carrier Moving & Storage Co.**
**312 RALEIGH ST SUITE #8**
**WILMINGTON, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,213.21**

**COLONIAL LIFE**
**PREMIUM PROCESSING PO BOX 903**
**COLUMBIA, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,336.26**

**Colorado Dept of the Treasury**
**Unclaimed Property Division**
**1580 Logan St., Ste. 500**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,167.35**

**Commonwealth of Massachusetts**
**Dept. of State Treasury,**
**Unclaimed Property Division**
**P.O. Box 414478**
**Boston, MA 02241-4478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,111.64**

**Commonwealth of Virginia**
**Dept of the Treasury**
**Division of Unclaimed Property**
**P.O. Box 2478**
**Richmond, VA 23218-2418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,991.92**

**Comptroller of Maryland**
**Unclaimed Property Unit**
**301 West Preston Street**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342.08**

**Coral Holliday**
**4648 Park Granada Apt 171**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$410.00** |
|---|---|---|---|

**CORD NORTH AMERICAN**
**4101 RIDER TRAIL NORTH**
**EARTH CITY, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$579.00** |
|---|---|---|---|

**Cynthia Campbell**
**4213 Ridgewood Ave**
**Baltimore, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,713.25** |
|---|---|---|---|

**DAILY JOURNAL CORPORATION**
**ATTN: ACCOUNT RECEIVABLE**
** PO BOX 54026**
**LOS ANGELES, CA 90054-0026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.75** |
|---|---|---|---|

**DAIOHS FIRST CHOICE SERVICES**
**2423 VERNA COURT**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.20** |
|---|---|---|---|

**Danielle Medina-Hartsell**
**PO Box 524**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$567.96** |
|---|---|---|---|

**David G Lewis**
**23819 Welby Way**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104.02** |
|---|---|---|---|

**Dee Bell**
**1855 9th St #110**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.69**

**Delaware State Escheator**
**P.O. Box 962049**
**Boston, MA 02196-2049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$944.83**

**Dept. of State Lands**
**Unclaimed Property Section**
**775 Summer St. NE, Ste. 100**
**Salem, OR 97301-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.76**

**Donna Weathersbee**
**2047 Covered Bridge Court**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.88**

**EAV Janitorial Services**
**36 Branding Iron Ct.**
**Oakley, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.92**

**Elizabeth Rankin**
**2035 Castro St #12**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,346.40**

**EMERALD MOVING INC**
**4630 CLOUDBURST WAY**
**EUEGEN, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Enga Wilcher**
**522 Morgan St NW**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Door to Door Storage, Inc.**
Name

Case number (if known) _____

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.77 |

**FASTENAL COMPANY**
**PO BOX 978**
**WINONA, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.09 |

**FERRELLGAS**
**PO BOX 173940**
**DENVER, CO 80217-3940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,297.99 |

**FIRST CLASS MOVING SYSTEMS INC**
**8110 ANDERSON RD  SUITE 100**
**TAMPA, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,027.50 |

**Florida Dept. of Financial Svc**
**Division of Unclaimed Property**
**200 East Gaines Street**
**Tallahassee, FL 32339-0358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.50 |

**Francisco Pichardo**
**16324 NW 77 Path**
**Miami Lakes, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.42 |

**Fred Quinn**
**1969 23rd Ave**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892.40 |

**Gary Lycan**
**1000 W Macarthur Blvd #65**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Door to Door Storage, Inc.** |
| | Name |

Case number (if known) _____

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Georgia Dept. of Revenue**
**Unclaimed Property Program**
**4245 International Pkwy, #A**
**Hapeville, GA 30354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,030.30**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Graebel Relocation Service WW**
**Attn: Terry Carter**
**12790 Merit Dr.**
**Suite 400**
**Dallas, TX 75251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$469.09**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**GRAEBEL VANLINES, LLC**
**Attn: Terry Carter**
**12790 Merit Dr.**
**Suite 400**
**Dallas, TX 75251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$322,713.06**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**GRAINGER**
**PO BOX 419267**
**KANSAS CITY, MO 64141-6267**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$116.87**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**GUARDIAN RELOCATION INC**
**1113 S FRANKLIN RD**
**INDIANAPOLIS, IN 46239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,143.19**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**HIDE-AWAY STORAGE**
**MOBILE OPERATIONS**
**6791 28TH STREET CIRCLE EAST**
**SARASOTA, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,332.60**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Idaho State Tax Commission**
**Unclaimed Property Section**
**P.O. Box 70012**
** 800 Park Blvd. Plaza IV**
**Boise, ID 83707-0112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$29.28**

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,891.81**

**Illinois St. Treasurer Office**
**Unclaimed Property Division**
**P.O. Box 19496**
**Springfield, IL 62794-9496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

**IN & OUT TOTAL BLD MAINTENANCE**
**4027 BONNIE BRAE COURT**
**FREDERICKSBURG, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.29**

**Indiana Atty General's Office**
**Unclaimed Property Division**
**302 W. Washington St. 5th Fl.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**INFINITE MASS INC dba ADD3**
**500 EAST PIKE ST STE 200A**
**SEATTLE, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$594.44**

**Iowa Treasurer of State**
**Great Iowa Treasure Hunt**
**Lucas State Office Bldg**
**321 E. 12th Street, 1st Fl.**
**Des Moines, IA 50319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.00**

**IPT Corridor II IC LLC**
**500 East Pratt Street**
**Suite 5000**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.35**

**Jacqueline Servin**
**PO Box 634**
**Fremont, CA 94537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Door to Door Storage, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.60 |
|---|---|---|---|

**Jesse Lindsay**
**3722 N 12th Pl**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.42 |
|---|---|---|---|

**Jesus Ayala**
**9965 Springland Dr**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.74 |
|---|---|---|---|

**Joanne Riley**
**1706 163rd Ave Apt A**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.75 |
|---|---|---|---|

**John David McDonald**
**1374 "C" Street**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.20 |
|---|---|---|---|

**JOHN FOSTER**
**2754 Eloquent Ln**
**Austell, GA 30136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.88 |
|---|---|---|---|

**John Small**
**400 2nd Avenue #3A**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Julie Griffeth**
**c/o Dale E. Washington**
**5942 Edinger Ave**
**Huntington Beach, CA 92649**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.93** |

**JULIE GRIFFITH**
**4333 Bersesford St #7**
**San Mateo, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$376.67** |

**Kansas State Treasurer**
**Unclaimed Property Division**
**900 SW Jacskon St. Ste. 201**
**Topeka, KS 66612-1235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.88** |

**Karen Pearce**
**1519 East Chapman Ave, #310**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.07** |

**Kentucky Dept of Treasury**
**Unclaimed Property Division**
**Suite 183, Capitol Annex**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.00** |

**Kimberly George-Shields**
**1117f Harvard St NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Larry Williams**
**c/o Andrew J. Weinstein**
**1515 University Drive**
**Suite 103**
**Pompano Beach, FL 33071**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.50** |

**Lauren Freyer**
**1007 Green Oak Drive, Unit 21**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address

Laverne Haney
3202 Kingsdale Drive
Atlanta, GA 30311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

**$92.50**

---

**3.83** | Nonpriority creditor's name and mailing address

**LEWIS BRISBOIS BISGAARD ET AL**
633 W FIFTH ST  SUITE 4000
LOS ANGELES, CA 90071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,244.95**

---

**3.84** | Nonpriority creditor's name and mailing address

**LILE MOVING AND STORAGE**
8060 SW PFAFFLE ST STE 200
TIGARD, OR 97223-8489

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,705.00**

---

**3.85** | Nonpriority creditor's name and mailing address

**LISA ROSEN**
8230 Santa Luz Village Green S
San Diego, CA 92127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

**$94.65**

---

**3.86** | Nonpriority creditor's name and mailing address

**Lorri Burchett**
1918 2nd Ave S
Minneapolis, MN 55103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No ☐ Yes

**$302.60**

---

**3.87** | Nonpriority creditor's name and mailing address

**Louisiana Dept of the Treasury**
Unclaimed Property Division
P.O. Box 91010
Baton Rouge, LA 70821

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.50**

---

**3.88** | Nonpriority creditor's name and mailing address

**Madeleine Kopp**
c/o Dale E. Washington
5942 Edinger Ave
Huntington Beach, CA 92649

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Door to Door Storage, Inc.**

Case number *(if known)* _____

Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$157.76** |
|------|---|---|---|---|

**Maine State Treasurer's Office**
**Unclaimed Property Division**
**39 State House Station**
**Augusta, ME 04333-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**Mari Stenson**
**10110 Woodstock RD**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.00** |

**Mather Brothers Moving Co.**
**1532 W. Garner Road**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |

**Michelle Cage**
**c/o Dale E. Washington**
**5942 Edinger Ave**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$523.24** |

**Michigan Dept of Treasury**
**Michigan Dept of Treasury**
**P.O. Box 30756**
**Lansing, MI 48922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,325.17** |

**MICROSOFT ONLINE INC**
**PO BOX 847543**
**DALLAS, TX 75284-7543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,495.73** |

**Minnesota  Dept. of Commerce**
**Unclaimed Property Program**
**85 - 7th Pl. East, Ste. 500**
**Saint Paul, MN 55101-2198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00**

**Mississippi Treasury Dept.**
**Unclaimed Property Division**
**P.O. Box 138**
**Jackson, MS 39205-0138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**Montana Dept of Revenue**
**Unclaimed Property Division**
**P.O. Box 5805**
**Helena, MT 59604-5805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,279.45**

**MOSS-ADAMS, LLP**
**PO BOX 748369**
**LOS ANGELES, CA 90074-8369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,246.82**

**MOVEVALET FORWARDING LLC**
**12 STARCK DR**
**BURGETTSTOWN, PA 15021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,540.00**

**MOVING SOLUTIONS, INC**
**8001 MOVING WAY**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**MY WAY MOBILE STORAGE**
**3696 NORTHRIDGE DR. NW. # 20**
**GRAND RAPIDS, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$858.54**

**NC Dept of the State Treasurer**
**Unclaimed Property Program**
**325 North Salisbury Street**
**Raleigh, NC 27603-1385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Door to Door Storage, Inc.**        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$10.00** |

3.103 | **Nonpriority creditor's name and mailing address**

**Nebraska State Treasurer**
**Unclaimed Property Division**
**5800 Cornhusker Hwy,**
**Building 2, Suite 4**
**Lincoln, NE 68507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.104 | **Nonpriority creditor's name and mailing address**

**Nevada Ofc of State Treasurer**
**Unclaimed Property Division**
**555 E. Washington Ave. Ste. 42**
**Las Vegas, NV 89101-1070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$433.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

3.105 | **Nonpriority creditor's name and mailing address**

**NEW ERA STAFFING & HR SOLUTION**
**903 E. MAIN ST. SUITE 103**
**AUBURN, WA 98002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,348.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

3.106 | **Nonpriority creditor's name and mailing address**

**New Hampshire Treasury Dept.**
**Abandoned Property Division**
**25 Capitol Street, Room 205**
**Concord, NH 03301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$202.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

3.107 | **Nonpriority creditor's name and mailing address**

**NEW HAVEN COMPANIES**
**4801 SOLUTION CENTER**
**CHICAGO, IL 60677-4008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,390.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.108 | **Nonpriority creditor's name and mailing address**

**New Jersey Dept of Treasury**
**Unclaimed Property**
**P.O. Box 214**
**Trenton, NJ 08695-0214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,508.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.109 | **Nonpriority creditor's name and mailing address**

**New Mexico Taxation & Rev Dept**
**Unclaimed Property Office**
**P.O. Box 25123**
**Santa Fe, NM 87504-5123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$149.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,171.15** |
|---|---|---|---|

**New York State**
**Office of the State Controller**
**Ofc. of Unc. Funds, 2nd Fl.**
**110 State Street**
**Albany, NY 12236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$239.82** |
|---|---|---|---|

**Nicole Rouse**
**1010 Whalley Avenue, Unit F**
**New Haven, CT 06515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.00** |
|---|---|---|---|

**NW Mobile Self Storage**
**210 42nd St.**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**OBJECTFRONTIER INC**
**PO BOX 200107**
**PITTSBURGH, PA 15251-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.14** |
|---|---|---|---|

**OFFICE DEPOT, INC.**
**PO BOX 70025**
**LOS ANGELES, CA 90074-0025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,662.31** |
|---|---|---|---|

**OFFICE OF FINANCE AND TREASURY**
**UNCLAIMED PROPERTY UNIT**
**810 FIRST ST, NE, STE. 401**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$744.35** |
|---|---|---|---|

**Office of MO State Treasurer**
**Unclaimed Property Division**
**P.O. Box 1004**
**Jefferson City, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,523.18**

**Office of the State Treasurer**
**State of Connecticut, UNC Prop**
**55 Elm Street**
**Hartford, CT 06106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,237.11**

**Ohio Div of Unclaimed Funds**
**77 South High Street, 20th Fl.**
**Columbus, OH 43215-6108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,015.84**

**Oklahoma State Treasurer**
**Unclaimed Property Division**
**4545 N. Lincoln Blvd. Ste. 106**
**Oklahoma City, OK 73105-3413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,804.25**

**ORION CONTACT CENTER SERVICES**
**1590 A STREET NE**
**AUBURN, WA 98002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.67**

**Pacific Air Control Inc.**
**1916 220th St. SE,**
**Suite M101**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,461.86**

**Pacific Gas & Electric Co.**
**Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,414.14**

**Pennsylvania State Treasury**
**Bureau of Unclaimed Property**
**P.O. 1837**
**Harrisburg, PA 17105-1837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**POINT IT! INC.**
**151 WESTERN AVENUE SUITE 350**
**SEATTLE, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,602.00** |
|---|---|---|---|

**PORTABOX STORAGE**
**450 EAST 2200 SOUTH**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.40** |
|---|---|---|---|

**Protection One**
**P.O. Box 872987**
**Kansas City, MO 64187-2987**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$402.28** |
|---|---|---|---|

**QUALITY FORKLIFT SALES & SVC**
**587 CITATION DRIVE**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.96** |
|---|---|---|---|

**R. I. Office of Gen. Treasurer**
**Unclaimed Property Division**
**P.O. Box 1435**
**Providence, RI 02901-1435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.40** |
|---|---|---|---|

**Ranae Simpson**
**3108 5th Ave, Unit G**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,580.52** |
|---|---|---|---|

**RICH DOSS INC**
**PO BOX 4799**
**SANTA ROSA, CA 95402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Romeo Martinez**
**102 Old Connecticut Path**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,603.10** |
|---|---|---|---|

**RYDER INTEGRATED LOGISTICS**
**PO BOX 209022**
**DALLAS, TX 75320-9022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,193.04** |
|---|---|---|---|

**RYDER-CHICAGO**
**P.O. BOX 96723**
**96723 COLLECTIONS CTR DR**
**CHICAGO, IL 60693-6723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,129.00** |
|---|---|---|---|

**S&C MOVERS INC**
**PO BOX 2552**
**SLIDELL, LA 70459-2552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.15** |
|---|---|---|---|

**S.C. St. Treasurer's Office**
**Unclaimed Property Program**
**P.O. box 11778**
**Columbia, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.77** |
|---|---|---|---|

**SCHWARZ PAPER COMPANY**
**32062 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.41** |
|---|---|---|---|

**Scott McKenney**
**114 School Street, Unit 3**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00** |

**Season Comfort Corp**
107 West 61st St.
Westmont, IL 60559-2617

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,618.19** |

**SEATTLE-TACOMA BOX COMPANY**
23400 - 71ST PLACE SOUTH
KENT, WA 98032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shellie Brighton**
c/o Valarie Johnson
EEOC
909 First Ave., Ste. 400
Seattle, WA 98104

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sherita Samuels**
c/o Dale E. Washington
5942 Edinger Ave
Huntington Beach, CA 92649

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |

**Smoky Mtn. Moving Services Inc**
2664 Old Newport Hwy
Sevierville, TN 37876

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,867.07** |

**STARCK VAN LINES INC**
12 STARCK DRIVE
BURGETTSTOWN, PA 15021-9594

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.88** |

**State of AE**
Unclaimed Property

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.85 |
|---|---|---|---|

**State of Alaska**
**Dept of Revenue, Tax Division**
**Unclaimed Property**
**P.O. Box 110420**
**Juneau, AK 99811-0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.73 |
|---|---|---|---|

**State of Hawaii**
**Dept. of Budget & Finance**
**Unclaimed Prop. Program**
**P.O. Box 150**
**Honolulu, HI 96810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**STATE OF NEW JERSEY**
**CBT - DIVISION OF TAXATION PO BOX 193**
**TRENTON, NJ 08646-0193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.32 |
|---|---|---|---|

**State of Tennessee**
**Unclaimed Prop. Div., 9th Fl.**
**Andrew Jackson Office Bldg.**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.62 |
|---|---|---|---|

**State of Washington**
**Unclaimed Property Division**
**P.O. Box 34053**
**Seattle, WA 98124-1053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.00 |
|---|---|---|---|

**Stephan Taylor**
**9711 Summit Circle**
**Apt 1-B**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|---|---|---|---|

**STEWART MOVING & STORAGE**
**200 WYLDEROSE COURT**
**MIDLOTHIAN, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Door to Door Storage, Inc.**
Name
Case number (if known) _____

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**Storage Cubbies**
**363 N. Linder Rd.**
**Meridian, ID 83642**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$2,430.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Texas Comptroller of Public Ac**
**Unclaimed Property Holder**
**P.O. Box 12019**
**Austin, TX 78711-2019**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$11,454.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**THOMAS HAYWARD AUCTIONEERS**
**1610 BRIGHTSTONE CT**
**RENO, NV 89521**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Tiffany Amos**
**1179 Brittany Way**
**Norcross, GA 30093**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$371.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Tom Leyson**
**1794 30th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$2,656.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Excess sale proceeds after payment of customer obligations.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**Trams-Pak**
**520 Marburg Way**
**San Jose, CA 95133**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$2,037.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**UNITED RENTALS NORTHWEST INC**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                          **$9,111.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Door to Door Storage, Inc.**                     Case number *(if known)* _____
_____
Name

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $542.35 |

**US STORAGESEARCH.COM**
**4219 SO 143RD CIRCLE**
**OMAHA, NE 68137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.44 |

**Utah State Treasurer**
**Unclaimed Property Division**
**341 South Main Street, 5th Fl.**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.38 |

**W.V. Office of St. Treasurer**
**Unclaimed Property Division**
**One Players Club Drive**
**Charleston, WV 25311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.12 |

**William Hope**
**PO Box 58216**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Excess sale proceeds after payment of customer obligations.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,508.00 |

**WILLIAM LAWTON & SON INC**
**110 CRESCENT AVE**
**CRANSTON, RI 02910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.14 |

**Wisconsin Ofc of St. Treasurer**
**Unclaimed Property Division**
**P.O. Box 2114**
**Madison, WI 53701-2114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.00 |

**Wyoming Ofc of St. Treasurer**
**Unclaimed Property Division**
**2515 Warren Avenue, Ste. 502**
**Cheyenne, WY 82002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Door to Door Storage, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,506.00** |

**YP**
**PO BOX 601141**
**PASADENA, CA 91189-1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,659,146.01** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,659,146.01** |

**Fill in this information to identify the case:**

Debtor name        **Door to Door Storage, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Wilmington, MA** |
| State the term remaining | **Current term until 10/18/2019** |
| List the contract number of any government contract | **80 Industrial Way LLC 65 Industrial Way Wilmington, MA 01887** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Advance Relocation 200 Purrysburg Rd. #8 Hardeeville, SC 29927** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Advance Rolocation 3488 Ogeechee Rd. Savannah, GA 31405** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **American Express Attn: Department 87 P.O. Box 299051 Fort Lauderdale, FL 33329** |

Debtor 1 **Door to Door Storage, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | |
|---|---|---|---|
| | State the term remaining | | **American Van Service, Inc.** |
| | List the contract number of any government contract | | **7704 Geiger Blvd.**<br>**Spokane, WA 99224** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bekins A1** |
| | List the contract number of any government contract | | **4210 Sobb Avenue**<br>**Las Vegas, NV 89118** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bekins A1 Movers Inc.** |
| | List the contract number of any government contract | | **5827 Curlew Drive**<br>**Norfolk, VA 23502** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent** | |
|---|---|---|---|
| | State the term remaining | | **Best Bet Moving & Labor** |
| | List the contract number of any government contract | | **804 Winston St**<br>**Greensboro, NC 27405** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent** | |
|---|---|---|---|
| | State the term remaining | | **Brandon Moving & Storage** |
| | List the contract number of any government contract | | **10505 Maumelle Blvd**<br>**North Little Rock, AR 72113** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease**<br>**Beltsville, MD** | |
|---|---|---|---|
| | State the term remaining | **Current term until 9/30/2021** | **Bristol Beltsville, LLC**<br>**c/o Bristol Capital Corporatio**<br>**7500 Old Georgetown Road, #760** |
| | List the contract number of any | | **Bethesda, MD 20814** |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  Page 2 of 10

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  **Door to Door Storage, Inc.**                                    Case number (*if known*) _____

_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **3rd Party Claims Administrator** | |
|---|---|---|---|
| | State the term remaining | | **Carl Warren & Co.** |
| | List the contract number of any government contract | | **P.O. Box 748204** |
| | | | **Los Angeles, CA 90074-8204** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Notice Only** | |
|---|---|---|---|
| | State the term remaining | | **CBRE Inc.** |
| | List the contract number of any government contract | | **20 North Martingale Road** |
| | | | **Suite 100** |
| | | | **Schaumburg, IL 60173** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Benefits Broker** | |
|---|---|---|---|
| | State the term remaining | | **CLF Limited** |
| | List the contract number of any government contract | | **19524 Ballinger Way NE** |
| | | | **Seattle, WA 98155** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Paid Benefits** | |
|---|---|---|---|
| | State the term remaining | | **Colonial Life** |
| | List the contract number of any government contract | | **1201 Averyt Avenue** |
| | | | **Columbia, SC 29210-7654** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent** | |
|---|---|---|---|
| | State the term remaining | | **Cord Moving & Storage, Inc.** |
| | List the contract number of any government contract | | **3264 Democrat Rd.** |
| | | | **Memphis, TN 37501** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | **First Class Moving Systems** |
|---|---|---|---|
| | | | **8110 Anderson Rd #100** |
| | | | **Tampa, FL 33634** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page  3 of 10

Debtor 1   **Door to Door Storage, Inc.**                                   Case number *(if known)* _____
            _____
            First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract                    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Co-Location Agreements** | |
|---|---|---|---|
| | | | **GRAEBEL VANLINES, LLC** |
| | State the term remaining | | **Attn: Terry Carter** |
| | | | **12790 Merit Dr.** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Dallas, TX 75251** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Medical Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Group Health Options Inc.** |
| | | | **P.O. Box 34750** |
| | List the contract number of any government contract | | **Seattle, WA 98124** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Call Center Software and phone attendant** | |
|---|---|---|---|
| | State the term remaining | | **inContact** |
| | | | **75 West Tower Ridge 1** |
| | List the contract number of any government contract | | **Sandy, UT 84070** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Services** | |
|---|---|---|---|
| | State the term remaining | | **Jive Communications, Inc.** |
| | | | **Dept. CH 19606** |
| | List the contract number of any government contract | | **Palatine, IL 60055-9606** |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent** | |
|---|---|---|---|
| | State the term remaining | | **Lawton Moving & Storage** |
| | | | **25 Frost St.** |
| | List the contract number of any government contract | | **Warwick, RI 02888** |

---

Debtor 1 **Door to Door Storage, Inc.**
<u>First Name</u>     <u>Middle Name</u>     <u>Last Name</u>

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Property Lease Kent, WA (HQ)** | |
| | State the term remaining | **Current term until 2/28/2022** | **LBJ Creekside, LLC c/o Menashe Properties, Inc. 621 SW Alder, Suite 800 Portland, OR 97205** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | |
| | State the term remaining | | **Lile International 5720-B NE 121st Ave. Vancouver, WA 98682** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Commericial Real Property Lease Melrose Park, IL** | |
| | State the term remaining | **Current term until 4/31/2019** | **Melrose Park Corp. Ctr LLC c/o Principal Life Ins. Co. 801 Grand Ave. Des Moines, IA 50392** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Dental Insurance** | |
| | State the term remaining | | **Met-Life - Group Benefits P.O. Box 14593 Lexington, KY 40512-4593** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreements** | |
| | State the term remaining | | **Moving Solutions 8001 Moving Way Mentor, OH 44060** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **3rd Party Employee Benefits Administrator** | |
| | State the term remaining | | **Navia Benefit Solunions, Inc. P.O. Box 53250 Bellevue, WA 98015-3250** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Door to Door Storage, Inc.**                                      Case number *(if known)* _____
           _____  _____  _____
           First Name          Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **IT Services** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **ObjectFrontier Inc.**<br>**P.O. Box 200107**<br>**Pittsburgh, PA 15251-0107** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers Lease** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Pacific Office Automation**<br>**1064 4th Ave. S**<br>**Seattle, WA 98134** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Payment Processing, Inc.**<br>**8200 Central Ave.**<br>**Newark, CA 94560** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **PortaBox**<br>**450 East 2200 South**<br>**Salt Lake City, UT 84115** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Branch Affiliate Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Power Movers of MN**<br>**3551 Commercial Drive SW**<br>**Rochester, MN 55902** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commericial Real Property Lease**<br>**Haywood, CA** | **Principal Life Ins. Co.**<br>**c/o Harvest Properties, Inc.**<br>**6475 Christie Ave. Ste. 550**<br>**Emeryville, CA 94608** |
|---|---|---|---|

Debtor 1 **Door to Door Storage, Inc.**                                    Case number (*if known*) _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Current term until 9/30/2020** | |
| List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Property Lease Kent, WA (Warehouse)** | |
|---|---|---|---|
| | State the term remaining | **Current term until 9/30/2018** | **Prologis TLF (Kent), LLC c/o Stockbridge Real Estate Fu 4 Embarcadero Center, Ste. 330 San Francisco, CA 94111** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Notice only** | |
|---|---|---|---|
| | State the term remaining | | **Prologis TLF (Kent), LLC c/o CBRE 20415 77nd Ave. S, Ste. 210 Kent, WA 98032** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Provider** | |
|---|---|---|---|
| | State the term remaining | | **Qwest Comm. Co. LLC d/b/a CenturyLink Attn: Legal Dept. 1801 California St. #900 Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Austin, TX** | |
|---|---|---|---|
| | State the term remaining | **Current term until 1/31/2018** | **RUT 3-4-7, LTD c/o HPI Real Estate, Inc. 3600 N. Capital of Texas Hwy Austin, TX 78746** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Ryder Integrated Logistics, In 11690 NW 105th Street Miami, FL 33178** |
| | List the contract number of any government contract | | |

Debtor 1 **Door to Door Storage, Inc.**          Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Panorama City, CA** | |
|---|---|---|---|
| | State the term remaining | **Current term until 6/30/2017** | **Sina & David Mehdyzadeh 7885 Nelson Road Panorama City, CA 91403** |
| | List the contract number of any government contract | _____ | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stewart Moving & Storage 6580 West 5th Street Jacksonville, FL 32254** |
| | List the contract number of any government contract | _____ | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse storage lease** | |
|---|---|---|---|
| | State the term remaining | | **Titan Commercial Warehouse 2901 Titan Row Suite 102 Orlando, FL 32809** |
| | List the contract number of any government contract | _____ | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Commericial Real Property Lease San Diego, CA** | |
|---|---|---|---|
| | State the term remaining | **Current term until 8/31/2017** | **Trepte Investment Company Inc. Attn: Paul Muzzy 9665 Granite Ridge Drive, #200 San Diego, CA 92123** |
| | List the contract number of any government contract | _____ | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Employee/Employer Life Insurance.** | |
|---|---|---|---|
| | State the term remaining | | **Unum Life Ins. Co. of America P.O. Box 406990 Atlanta, GA 30384-6990** |
| | List the contract number of any government contract | _____ | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Property Lease Carson, CA** | |
|---|---|---|---|
| | State the term remaining | **Current term until 7/31/2018** | **Watson Partners, LP 22010 Wilmington Ave. Carson, CA 90745** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Door to Door Storage, Inc.**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | government contract | | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment, Warehouse and Motor Truck Cargo Liability Insurance.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Auto Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Worker Compensation Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Umbrella Liability Insurance** | **Wells Fargo Insurance Services**<br>**999 Third Ave. Suite 4100**<br>**Seattle, WA 98104** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 **Door to Door Storage, Inc.**  Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **D&O Liability, EPL, Fiduciary Insurance** |
|---|---|---|
| | State the term remaining | **Wells Fargo Insurance Services** |
| | List the contract number of any government contract _____ | **999 Third Ave. Suite 4100** **Seattle, WA 98104** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Excess D&O Insurance** |
|---|---|---|
| | State the term remaining | **Wells Fargo Insurance Services** |
| | List the contract number of any government contract _____ | **999 Third Ave. Suite 4100** **Seattle, WA 98104** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Network Security & Privacy Coverage Insurance** |
|---|---|---|
| | State the term remaining | **Wells Fargo Insurance Services** |
| | List the contract number of any government contract _____ | **999 Third Ave. Suite 4100** **Seattle, WA 98104** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Crime Insurance** |
|---|---|---|
| | State the term remaining | **Wells Fargo Insurance Services** |
| | List the contract number of any government contract _____ | **999 Third Ave. Suite 4100** **Seattle, WA 98104** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Exchange Server and Skype Phone Meeting** |
|---|---|---|
| | State the term remaining | **West Unified Communications** |
| | List the contract number of any government contract _____ | **15272 Collections Center Dr.** **Chicago, IL 60693** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Door to Door Storage, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bennett Dorrance** | **5750 North Cameldale Way Paradise Valley, AZ 85253** | **JP Morgan Chase Bank** | ■ D  **2.11**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bennett Dorrance as Trustee of** | **Bennett Dorrance Trust dated April 21, 1989, as amended 5750 North Cameldale Way Paradise Valley, AZ 85253** | **JP Morgan Chase Bank** | ■ D  **2.11**__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Door to Door Storage, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other **Operating a business** | $16,632,969.00 |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other **Operating a business** | $23,619,207.00 |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other **Operating a business** | $22,607,996.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor   **Door to Door Storage, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bunger Consulting**<br><br>**Board Member Entity** | 12/29/2015<br>$12,500.00<br>03/31/2016<br>$12,500.00<br>06/07/2016<br>$12,500.00<br>06/29/2016<br>$12,500.00 | **$50,000.00** | **Director services - Steven Bunger** |

Debtor  **Door to Door Storage, Inc.**                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Ian Anderson**<br><br>**Former CFO** | **12 months**<br>**$155,481.00**<br>**11/9/2015**<br>**$582.20**<br>**11/23/2015**<br>**$113.38**<br>**12/21/2015**<br>**$681.95**<br>**1/18/2016**<br>**$95.74**<br>**2/5/2016**<br>**$2,541.11**<br>**2/11/2016**<br>**$152.27**<br>**2/19/2016**<br>**$111.57**<br>**2/23/2016**<br>**$250.00**<br>**3/16/2016**<br>**$114.80**<br>**3/31/2016**<br>**$76.96**<br>**4/18/2016**<br>**$85.32**<br>**4/28/2016**<br>**$1,388.40**<br>**5/2/2016**<br>**$20.00**<br>**5/16/2016**<br>**$706.95**<br>**6/10/2016**<br>**$95.74**<br>**6/17/2016**<br>**$110.52**<br>**7/1/2016**<br>**$175.90**<br>**7/12/2016**<br>**$510.20**<br>**7/28/2016**<br>**$930.40**<br>**8/16/2016**<br>**$113.09**<br>**9/19/2016**<br>**$151.71** | **$164,489.21** | **Salary and Expense Reimbursement** |
| 4.3.  **Tracey F. Kelly**<br><br>**President** | **12 months** | **$226,154.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Larry Williams v. Jacques, et al**<br>**12-22708 CACE18** | **Personal Injury** | **Circuit Court of the 17th Judicial Cir**<br>**For Broward County**<br>**FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Florida Department of Revenue**<br>**Audit 200153756** | **Sales & Use Tax Audit** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Brighton v DTD**<br>**551-2016-01411** | **Discrimination** | **US EEOC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Rocha v DTD**<br>**07-81977 VLJ** | **Paid Wages Dispute** | **California Labor Commissioner** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Cage v DTD**<br>**BC515580** | | **Los Angeles Superior Court** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.6. | **Griffeth v DTD**<br>**BC583481** | **Violation of California Self Storage Facilities Act, Conversion, and Breach of Contract** | **Los Angeles Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Kopp v DTD**<br>**B266202** | **Violation of California Self Storage Facilities Act, Conversion, and Breach of Contract** | **Court of Appeals of the State of CA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Samuels v. DTD**<br>**RG15794135** | **Violation of California Self Storage Facilities Act, Conversion, and Breach of Contract** | **Alameda Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Door to Door Storage, Inc.**                    Case number *(if known)*

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Shreveport-Bossier Rescue Mission** | **1997 Moffett** | | |
| | | | **3/19/2015** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP 601 Union St., Suite 5000 Seattle, WA 98101-2373** | $22,148.00 $27,852.00 $46,257.54 $8,742.46 | 10/11/2016 10/31/2016 11/1/2016 11/4/2016 | $105,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor  **Door to Door Storage, Inc.**      Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | **10/5/2016 - $10,000 retainer paid - balance after payment of $2,230.90 returned to Debtor.** | |
| | **Hamstreet & Associates One SW Columbia St Portland, OR 97258** | **Advisor Fees** | | **$2,230.90** |
| | Email or website address **Hamstreet.net** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Traction Financial Consulting** | **$2,144.70 $4,356.87 $2,749.16 $3,687.90** | **10/07/2016 10/11/2016 10/17/2016 10/26/2016** | **$12,938.63** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Orse & Company** | | **10/24/2016** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Rust Omni Consulting** | | **10/26/2016** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Door to Door Storage, Inc.**                    Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **205 Wildwood Ave. Woburn,, WA** | **Jan 2011 - Sep 2014** |
| 14.2.  **8263 Patuxent Range Road Suite R Jessup, MD** | **Jan 2010 - Jun 2015** |
| 14.3.  **15857 Strathern Street Van Nuys, CA** | **Jun 2010 - Jun 2015** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Customers name, address, email, telephone number, credit card/bank account numbers**
   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.

Debtor    **Door to Door Storage, Inc.**                    Case number *(if known)* _____

☐ Yes. Fill in below:

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Debtor is in the business of storing goods for hire** | | | **$0.00** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor     **Door to Door Storage, Inc.**                                    Case number *(if known)* _____

- ■ No.
- ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Ian Anderson** **20425 72nd Ave S** **Kent, WA 98032** | **Dec 2014 - Sep 2016** |
| 26a.2.   **Pat Bulzomi** **20425 72nd Ave S** **Kent, WA 98032** | **Oct 2006 - present** |
| 26a.3.   **Moss Adams** **999 Third Ave. #2800** **Seattle, WA 98104** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Debtor | **Door to Door Storage, Inc.** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Ryder Integrated Logistics, In**
**11690 NW 105th Street**
**Miami, FL 33178**

26d.2. **JP Morgan Chase Bank**
**201 N. Central Ave.**
**21st Floor**
**AZ1-1178**
**Phoenix, AZ 85004**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Packing supplies counted monthly** | **08/31/2016** | **$68,541.00 Cost** |
| **Name and address of the person who has possession of inventory records** | | |
| **Door To Door Storage, Inc.** **20425 72nd Ave S** **Kent, WA 98032** | | |
| 27.2. **Containers counted monthly** | **09/30/2016** | **1,751,872.87 Net Book Value** |
| **Name and address of the person who has possession of inventory records** | | |
| **Door To Door Storage, Inc.** **20425 72nd Ave S** **Kent, WA 98032** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Tracey F. Kelly** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jason Stiles** | | **Secretary and Director** | |

Debtor    **Door to Door Storage, Inc.**                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Bennett Dorrance** | | **Director (Chairman)** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Steven Bunger** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Steven Moak** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Michael Kaplan** | | **Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ian Anderson** | | **Chief Financial Officer** | **Dec 2014 - Sep 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See answer to SOFA 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Door to Door Storage, Inc.** _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2016**

**/s/ Tracey F. Kelly** _____        **Tracey F. Kelly** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| Name | Date | Amount |
|------|------|--------|
| JPMORGAN CHASE BANK N.A. | 8/10/2016 | 5,704.32 |
| JIVE COMMUNICATIONS INC | 8/12/2016 | 2,825.19 |
| JOHN DAVID MCDONALD | 8/12/2016 | 767.75 |
| FASTENAL COMPANY | 8/12/2016 | 1,206.56 |
| GRAEBEL COMPANIES INC | 8/12/2016 | 26,759.39 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | 8/12/2016 | 6,589.62 |
| MICROSOFT ONLINE INC | 8/12/2016 | 58,154.14 |
| MOSS-ADAMS, LLP | 8/12/2016 | 5,306.66 |
| NEW ERA STAFFING & HR SOLUTIONS | 8/12/2016 | 1,103.60 |
| SEATTLE-TACOMA BOX COMPANY | 8/12/2016 | 2,185.66 |
| NY MOBILE SELF STORAGE | 8/12/2016 | 13,931.00 |
| NY MOBILE SELF STORAGE | 8/12/2016 | 0.00 |
| LILE MOVING AND STORAGE | 8/12/2016 | 8,185.00 |
| 4ELEMENTS INC | 8/12/2016 | 109,798.95 |
| JPMORGAN CHASE BANK N.A. | 8/15/2016 | 304.86 |
| JPMORGAN CHASE BANK N.A. | 8/15/2016 | 1,296.98 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 16,647.11 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 30,262.23 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 27,589.79 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 6,555.46 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 11,843.77 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 16,873.05 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 15,846.45 |
| RYDER INTEGRATED LOGISTICS | 8/16/2016 | 6,681.19 |
| PAi | 8/16/2016 | 1,559.64 |
| NAVIA BENEFITS | 8/16/2016 | 263.75 |
| AMERICAN EXPRESS-650448 | 8/19/2016 | 22,896.09 |
| FASTENAL COMPANY | 8/19/2016 | 200.28 |
| NAVIA BENEFITS | 8/19/2016 | 1,982.48 |
| GRAEBEL COMPANIES INC | 8/19/2016 | 35,662.00 |
| INCONTACT, INC | 8/19/2016 | 7,616.10 |
| WEST UNIFIED COMMUNICATIONS | 8/19/2016 | 2,190.35 |
| MOSS-ADAMS, LLP | 8/19/2016 | 2,520.70 |
| NEW ERA STAFFING & HR SOLUTIONS | 8/19/2016 | 979.60 |
| PACIFIC OFFICE AUTOMATION | 8/19/2016 | 3,580.37 |
| PITNEY BOWES, INC. | 8/19/2016 | 1,500.00 |
| RUT 3-4-7 Ltd. | 8/19/2016 | 338.87 |
| SEATTLE-TACOMA BOX COMPANY | 8/19/2016 | 50,376.96 |

1

| Name | Date | Amount |
|------|------|--------|
| VERIZON WIRELESS | 8/19/2016 | 3,033.01 |
| 4ELEMENTS INC | 8/19/2016 | 96,396.19 |
| FL DEPT REV - 012 | 8/19/2016 | 2,493.43 |
| CALIF. BOARD OF EQUALIZATION | 8/25/2016 | 4,028.00 |
| JOHN DAVID MCDONALD | 8/26/2016 | 1,825.95 |
| ALAMEDA COUNTY PROPERTY TAXES | 8/26/2016 | 8,256.84 |
| GRAEBEL COMPANIES INC | 8/26/2016 | 29,540.00 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 8/26/2016 | 200.00 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | 8/26/2016 | 2,184.40 |
| NEW ERA STAFFING & HR SOLUTIONS | 8/26/2016 | 942.40 |
| POINT IT! INC. | 8/26/2016 | 2,900.00 |
| SEATTLE-TACOMA BOX COMPANY | 8/26/2016 | 50,376.96 |
| UNITED RENTALS | 8/26/2016 | 1,880.10 |
| RYDER-CHICAGO | 8/26/2016 | 4,220.61 |
| RYDER-CHICAGO | 8/26/2016 | 3,533.63 |
| RYDER-CHICAGO | 8/26/2016 | 3,224.98 |
| NAVIA BENEFITS | 8/26/2016 | 263.75 |
| RYDER-CHICAGO | 8/26/2016 | 219.00 |
| RYDER-CHICAGO | 8/26/2016 | 9.65 |
| RYDER-CHICAGO | 8/26/2016 | 21,420.34 |
| PAi | 8/29/2016 | 1,654.26 |
| 4ELEMENTS INC | 8/30/2016 | 95,414.68 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 24,490.10 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 32,290.03 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 41,864.60 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 10,067.12 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 18,255.34 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 26,002.32 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 14,798.20 |
| RYDER INTEGRATED LOGISTICS | 8/31/2016 | 9,860.77 |
| TLF (KENT) LLC | 9/1/2016 | 24,007.00 |
| WATSON PARTNERS,  L.P. | 9/1/2016 | 62,742.22 |
| PRINCIPAL LIFE INSURANCE CO | 9/1/2016 | 65,294.93 |
| Trepte Investment Co., Inc. | 9/1/2016 | 24,000.00 |
| MELROSE PARK CORPORATE CTR LLC | 9/1/2016 | 16,454.85 |
| 80 INDUSTRIAL WAY LLC | 9/1/2016 | 20,825.00 |
| BRISTOL BELTSVILLE, LLC | 9/1/2016 | 22,350.39 |
| CB LUNA INDUSTRIAL NO.4, LTD | 9/1/2016 | 10,771.87 |
| RUT 3-4-7 Ltd. | 9/1/2016 | 10,390.35 |
| SINA & DAVID MEHDYZADEH LLC | 9/1/2016 | 37,395.00 |
| FASTENAL COMPANY | 9/2/2016 | 345.70 |

2

| Name | Date | Amount |
|------|------|--------|
| FASTENAL COMPANY | 9/2/2016 | 73.14 |
| NAVIA BENEFITS | 9/2/2016 | 2,220.28 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 9/2/2016 | 1,041.70 |
| NEW ERA STAFFING & HR SOLUTIONS | 9/2/2016 | 911.40 |
| RICH DOSS INC | 9/2/2016 | 3,885.06 |
| SEATTLE-TACOMA BOX COMPANY | 9/2/2016 | 25,188.48 |
| 4ELEMENTS INC | 9/2/2016 | 126,242.97 |
| PAi | 9/6/2016 | 340.00 |
| JOHN DAVID MCDONALD | 9/9/2016 | 1,706.63 |
| SUSAN E. KELLNER | 9/9/2016 | 3,480.00 |
| COLONIAL LIFE | 9/9/2016 | 4,290.55 |
| FASTENAL COMPANY | 9/9/2016 | 686.31 |
| GROUP HEALTH OPTIONS INC | 9/9/2016 | 39,818.42 |
| METROPOLITAN LIFE INSURANCE CO | 9/9/2016 | 3,768.66 |
| NEW ERA STAFFING & HR SOLUTIONS | 9/9/2016 | 992.00 |
| RICH DOSS INC | 9/9/2016 | 847.98 |
| 4ELEMENTS INC | 9/9/2016 | 86,777.99 |
| PAi | 9/12/2016 | 1,860.06 |
| NAVIA BENEFITS | 9/12/2016 | 263.75 |
| JPMORGAN CHASE BANK N.A. | 9/12/2016 | 6,388.50 |
| JPMORGAN CHASE BANK N.A. | 9/15/2016 | 1,417.42 |
| JIVE COMMUNICATIONS INC | 9/16/2016 | 2,825.19 |
| PACIFIC OFFICE AUTOMATION | 9/16/2016 | 21.45 |
| VERIZON WIRELESS | 9/16/2016 | 2,928.46 |
| NY MOBILE SELF STORAGE | 9/16/2016 | 9,067.00 |
| AMERICAN EXPRESS-650448 | 9/16/2016 | 26,104.59 |
| NAVIA BENEFITS | 9/16/2016 | 1,982.48 |
| NEW ERA STAFFING & HR SOLUTIONS | 9/16/2016 | 979.60 |
| RICH DOSS INC | 9/16/2016 | 972.98 |
| 4ELEMENTS INC | 9/16/2016 | 94,931.08 |
| FL DEPT REV - 012 | 9/19/2016 | 3,472.28 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 16,712.60 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 22,347.61 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 26,536.74 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 5,567.31 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 23,288.38 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 14,157.41 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 19,008.75 |
| RYDER INTEGRATED LOGISTICS | 9/19/2016 | 7,266.95 |
| INCONTACT, INC | 9/23/2016 | 7,012.59 |
| WEST UNIFIED COMMUNICATIONS | 9/23/2016 | 2,287.24 |

3

| Name | Date | Amount |
|------|------|--------|
| JOHN DAVID MCDONALD | 9/23/2016 | 1,040.63 |
| PACIFIC OFFICE AUTOMATION | 9/23/2016 | 3,580.37 |
| PITNEY BOWES, INC. | 9/23/2016 | 4,891.98 |
| WELLS FARGO INSURANCE SER NW INC | 9/23/2016 | 100.00 |
| NAVIA BENEFITS | 9/23/2016 | 217.75 |
| PACIFIC OFFICE AUTOMATION | 9/26/2016 | 145.41 |
| CALIF. BOARD OF EQUALIZATION | 9/26/2016 | 1,597.00 |
| PAi | 9/26/2016 | 1,909.87 |
| RYDER-CHICAGO | 9/27/2016 | 16,585.88 |
| RYDER-CHICAGO | 9/27/2016 | 3,893.06 |
| RYDER-CHICAGO | 9/27/2016 | 1,104.11 |
| RYDER-CHICAGO | 9/27/2016 | 4,316.65 |
| RYDER-CHICAGO | 9/27/2016 | 2,869.78 |
| RYDER-CHICAGO | 9/27/2016 | 1,357.35 |
| RYDER-CHICAGO | 9/27/2016 | 3,163.71 |
| RYDER-CHICAGO | 9/27/2016 | 1,807.18 |
| RYDER-CHICAGO | 9/27/2016 | 3,485.67 |
| JOHN DAVID MCDONALD | 9/30/2016 | 1,073.00 |
| NY MOBILE SELF STORAGE | 9/30/2016 | 2,355.00 |
| FASTENAL COMPANY | 9/30/2016 | 1,089.75 |
| FASTENAL COMPANY | 9/30/2016 | 2,326.28 |
| NAVIA BENEFITS | 9/30/2016 | 1,982.48 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 9/30/2016 | 551.04 |
| KAREN METSKER | 9/30/2016 | 6,750.00 |
| RUT 3-4-7 Ltd. | 9/30/2016 | 389.71 |
| JOHN DAVID MCDONALD | 9/30/2016 | 740.00 |
| SINA & DAVID MEHDYZADEH LLC | 10/3/2016 | 37,395.00 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 18,020.33 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 19,803.14 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 5,449.54 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 10,575.29 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 6,703.52 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 7,433.75 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 5,674.40 |
| RYDER INTEGRATED LOGISTICS | 10/3/2016 | 28,384.20 |
| PAi | 10/4/2016 | 190.00 |
| BUSH KORNFELD LLP | 10/5/2016 | 50,000.00 |
| HAMSTREET & ASSOCIATES | 10/5/2016 | 7,500.00 |
| SOCIUS LAW GROUP, PLLC | 10/5/2016 | 10,000.00 |
| JPMORGAN CHASE BANK N.A. | 10/6/2016 | 1,326.65 |
| JOHN DAVID MCDONALD | 10/7/2016 | 809.38 |

| Name | Date | Amount |
|------|------|--------|
| TRACTION FINANCIAL CONSULTING LLC | 10/7/2016 | 2,144.70 |
| MELROSE PARK CORPORATE CTR LLC | 10/7/2016 | 149.89 |
| NAVIA BENEFITS | 10/7/2016 | 2,212.43 |
| NEW ERA STAFFING & HR SOLUTIONS | 10/7/2016 | 1,001.30 |
| PACIFIC OFFICE AUTOMATION | 10/7/2016 | 28.88 |
| RICH DOSS INC | 10/7/2016 | 1,442.13 |
| RUT 3-4-7 Ltd. | 10/7/2016 | 344.32 |
| WATSON PARTNERS,  L.P. | 10/7/2016 | 158.43 |
| NAVIA BENEFITS | 10/7/2016 | 217.75 |
| TRACTION FINANCIAL CONSULTING LLC | 10/11/2016 | 4,356.87 |
| JPMORGAN CHASE BANK N.A. | 10/11/2016 | 5,939.84 |
| PAi | 10/12/2016 | 1,885.26 |
| COLONIAL LIFE | 10/14/2016 | 4,218.61 |
| GROUP HEALTH OPTIONS INC | 10/14/2016 | 38,481.98 |
| JOHN DAVID MCDONALD | 10/14/2016 | 925.00 |
| METROPOLITAN LIFE INSURANCE CO | 10/14/2016 | 3,770.65 |
| FASTENAL COMPANY | 10/14/2016 | 1,120.20 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 10/14/2016 | 2,696.89 |
| NAVIA BENEFITS | 10/14/2016 | 227.10 |
| NEW ERA STAFFING & HR SOLUTIONS | 10/14/2016 | 1,912.70 |
| RICH DOSS INC | 10/14/2016 | 3,764.37 |
| TLF (KENT) LLC | 10/14/2016 | 24,007.00 |
| WATSON PARTNERS,  L.P. | 10/14/2016 | 62,742.22 |
| PRINCIPAL LIFE INSURANCE CO | 10/14/2016 | 65,294.93 |
| Trepte Investment Co., Inc. | 10/14/2016 | 24,000.00 |
| MELROSE PARK CORPORATE CTR LLC | 10/14/2016 | 16,454.85 |
| 80 INDUSTRIAL WAY LLC | 10/14/2016 | 20,825.00 |
| BRISTOL BELTSVILLE, LLC | 10/14/2016 | 22,350.39 |
| CB LUNA INDUSTRIAL NO.4, LTD | 10/14/2016 | 10,771.87 |
| RUT 3-4-7 Ltd. | 10/14/2016 | 10,390.35 |
| SUSAN E. KELLNER | 10/17/2016 | 3,280.00 |
| TRACTION FINANCIAL CONSULTING LLC | 10/17/2016 | 2,749.16 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 38,479.33 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 17,601.90 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 17,276.45 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 15,798.96 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 7,293.22 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 6,101.33 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 5,866.63 |
| RYDER INTEGRATED LOGISTICS | 10/19/2016 | 5,362.45 |
| FL DEPT REV - 012 | 10/19/2016 | 2,294.05 |

| Name | Date | Amount |
|------|------|--------|
| 4ELEMENTS INC | 10/19/2016 | 53,156.08 |
| 4ELEMENTS INC | 10/20/2016 | 9,944.43 |
| INCONTACT, INC | 10/21/2016 | 6,329.02 |
| WEST UNIFIED COMMUNICATIONS | 10/21/2016 | 2,026.75 |
| JIVE COMMUNICATIONS INC | 10/21/2016 | 2,824.73 |
| JOHN DAVID MCDONALD | 10/21/2016 | 740.00 |
| PITNEY BOWES, INC. | 10/21/2016 | 1,942.40 |
| VERIZON WIRELESS | 10/21/2016 | 3,139.55 |
| FASTENAL COMPANY | 10/21/2016 | 448.60 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 10/21/2016 | 1,278.40 |
| NEW ERA STAFFING & HR SOLUTIONS | 10/21/2016 | 1,968.50 |
| PACIFIC OFFICE AUTOMATION | 10/21/2016 | 370.27 |
| PACIFIC OFFICE AUTOMATION | 10/21/2016 | 3,581.36 |
| RICH DOSS INC | 10/21/2016 | 5,243.71 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 10/21/2016 | 607.23 |
| RICH DOSS INC | 10/21/2016 | 4,168.06 |
| NAVIA BENEFITS | 10/21/2016 | 161.50 |
| ORSE & COMPANY | 10/24/2016 | 25,000.00 |
| AMERICAN EXPRESS-650448 | 10/24/2016 | 55,969.51 |
| UNITED RENTALS | 10/24/2016 | 4,982.30 |
| NAVIA BENEFITS | 10/24/2016 | 1,682.90 |
| GOOGLE, INC. | 10/24/2016 | 382,715.25 |
| POINT IT! INC. | 10/24/2016 | 4,400.00 |
| PAi | 10/24/2016 | 2,495.45 |
| 4ELEMENTS INC | 10/24/2016 | 50,767.53 |
| RUST OMNI CONSULTING | 10/26/2016 | 10,000.00 |
| TRACTION FINANCIAL CONSULTING LLC | 10/26/2016 | 3,687.90 |
| CALIF. BOARD OF EQUALIZATION | 10/26/2016 | 1,179.00 |
| RYDER-CHICAGO | 10/26/2016 | 3,464.34 |
| RYDER-CHICAGO | 10/26/2016 | 609.51 |
| RYDER-CHICAGO | 10/26/2016 | 3,930.34 |
| RYDER-CHICAGO | 10/26/2016 | 2,874.77 |
| RYDER-CHICAGO | 10/26/2016 | 3,088.70 |
| RYDER-CHICAGO | 10/26/2016 | 7,169.57 |
| RYDER-CHICAGO | 10/26/2016 | 4,311.33 |
| RYDER-CHICAGO | 10/26/2016 | 3,239.50 |
| 4ELEMENTS INC | 10/26/2016 | 34,297.42 |
| JOHN DAVID MCDONALD | 10/28/2016 | 823.25 |
| INDUSTRIAL FORKLIFTS OF SOCAL | 10/28/2016 | 5,977.25 |
| LILE MOVING AND STORAGE | 10/28/2016 | 10,730.00 |
| BUSH KORNFELD LLP | 10/31/2016 | 50,000.00 |

| Name | Date | Amount |
|------|------|--------|
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 18,669.81 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 15,138.08 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 20,290.38 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 5,893.30 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 10,631.34 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 14,209.49 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 9,464.38 |
| RYDER INTEGRATED LOGISTICS | 11/1/2016 | 4,496.07 |
| TLF (KENT) LLC | 11/1/2016 | 24,007.00 |
| WATSON PARTNERS,  L.P. | 11/1/2016 | 62,742.22 |
| PRINCIPAL LIFE INSURANCE CO | 11/1/2016 | 65,294.93 |
| SINA & DAVID MEHDYZADEH LLC | 11/1/2016 | 37,395.00 |
| Trepte Investment Co., Inc. | 11/1/2016 | 24,000.00 |
| 4ELEMENTS INC | 11/2/2016 | 23,749.65 |
| WELLS FARGO INSURANCE SER NW INC | 11/3/2016 | 11,048.97 |
| SOCIUS LAW GROUP, PLLC | 11/3/2016 | 986.50 |

# United States Bankruptcy Court
## Western District of Washington

In re    **Door to Door Storage, Inc.**        Case No. _____

                              Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ann B. Garretson<br>3200 Cascadia Avenue South<br>Seattle, WA 98144 | Common | | Shares |
| Beverly Pressey<br>P.O. Box 40173<br>Bellevue, WA 98015 | Common | | Shares |
| Chris and Beverly Pressey<br>P.O. Box 40173<br>Bellevue, WA 98015 | Common | | Shares |
| Donald B.& Mary Jo Kraft<br>6530 NE Windermere Road<br>Seattle, WA 98105 | Common | | Shares |
| A. G. Edwards & Sons<br>c/o Christine Owens<br>4239 51st Ave. N.E.<br>Seattle, WA 98105 | Common | | Shares |
| A. G. Edwards & Sons<br>c/o David Owens<br>4239 51st Ave. N.E.<br>Seattle, WA 98105 | Common | | Shares |
| Al James<br>8503 NE Juanita Drive<br>Kirkland, WA 98034 | Common | | Shares |
| Alexander A. Landeen Trust<br>c/o Jerry Landeen<br>1200 Westlake Av.N., #407<br>Seattle, WA 98109 | Common | | Shares |
| Alfred and Edith Adler<br>177 107th Avenue NE, #1803<br>Bellevue, WA 98004 | Common | | Shares |
| Allen Floyd<br>756 Sunset Acres Road<br>Othello, WA 99344 | Common | | Shares |
| Anne-Marie Stager<br>14003 35th Avenue NE<br>Seattle, WA 98125 | Common | | Shares |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

In re: __Door to Door Storage, Inc.__        Case No. _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arnold Holdings, LLC**<br>**555 East Woodland Road**<br>**Lake Forest, IL 60045** | **Common** | | **Shares** |
| **Arnold Holdings, LLC**<br>**3710 168th St. NE, Ste B-207**<br>**Arlington, WA 98223** | **Common** | | **Shares** |
| **Arthur W. Buerk**<br>**1200 5th Ave, Suite 1800**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **Bernard E Francois Living Trst**<br>**Attn: Bernard E. Francois**<br>**4200 Chevy Chase Drive**<br>**Flintridge, CA 91011** | **Common** | | **Shares** |
| **Betty H. Tong**<br>**100 Ward St #802**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Bill Cummings, Inc.**<br>**1699 Highland Cove Drive**<br>**Solana Beach, CA 92075** | **Common** | | **Shares** |
| **Brian K. Bogen**<br>**3710 NW 65th St.**<br>**Seattle, WA 98117** | **Common** | | **Shares** |
| **Bridlewood Farms, Inc.**<br>**c/o Cyril Randell-James Rigby**<br>**600 Stewart Street, Suite 1908**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **BRK Associates Inc.**<br>**c/o William Peare**<br>**P.O. Box 952**<br>**Roslyn, WA 98941** | **Common** | | **Shares** |
| **Brooks G. Ragen**<br>**320 39th Ave E**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Bruce N. Lipian**<br>**9 Splendore Drive**<br>**Newport Coast, CA 92657** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:  **Door to Door Storage, Inc.**                                    Case No. _____
                                    _____
                                          **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bryan Hastings & Katy Thompson**<br>**1904 47th Ave SW**<br>**Seattle, WA 98116** | **Common** | | **Shares** |
| **Buerk, Dale, Victor, LLC**<br>**Attn:  Andrew Dale**<br>**1200 5th Ave, Suite 1800**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **C. Christopher LeCuyer**<br>**1101 Madison, Suite 1230**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Cari Craig**<br>**519 NE 86th St**<br>**Seattle, WA 98115** | **Common** | | **Shares** |
| **Charles N. Hall**<br>**22309N. Padaro DR.**<br>**Sun City West, AZ 85375** | **Common** | | **Shares** |
| **Charles P. Miller**<br>**204 N 62nd St**<br>**Seattle, WA 98103** | **Common** | | **Shares** |
| **Charles P.& Kristina L. Alm**<br>**9645 NE 31st**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Charles Schwab & Co., Inc.**<br>**Atn:  Robert E. V. Black**<br>**4817 Old Stump Drive NW**<br>**Gig Harbor, WA 98332** | **Common** | | **Shares** |
| **Christine N. Philbrick**<br>**1351 Lochman Lane**<br>**Pacific Palisades, CA 90272** | **Common** | | **Shares** |
| **Christopher J. Corr**<br>**2208 Waverly Way E**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Clack & Company**<br>**Attn:  Dave Clack**<br>**E.  325 Sprague Ave.**<br>**Spokane, WA 99202** | **Common** | | **Shares** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re: **Door to Door Storage, Inc.**                    Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clifford and Vivien I. Olofson**<br>**4035 78th Ave SE**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Clinton T. Mead**<br>**P. O. Box 3946**<br>**Bellevue, WA 98009** | **Common** | | **Shares** |
| **Columbus I L.P. BOK Enterprise**<br>**Attn: Ronald Bozarth**<br>**P.O. Box 382**<br>**Medina, WA 98039** | **Common** | | **Shares** |
| **Craig N. Creasman, M.D.**<br>**17970 Vineland Avenue**<br>**Monta Sereno, CA 95030** | **Common** | | **Shares** |
| **Curran Properties, L.P.**<br>**c/o Dave Lamont**<br>**1555 132nd Avenue NE #B**<br>**Bellevue, WA 98005** | **Common** | | **Shares** |
| **Cynthia A. Garfein**<br>**19854 Ash Crest Loop NE**<br>**Poulsbo, WA 98370** | **Common** | | **Shares** |
| **D. William and Tracie M. Frame**<br>**397 7th Lane**<br>**Fox Island, WA 98333** | **Common** | | **Shares** |
| **D.A. Davidson FBO**<br>**Attn: Richard W. Tschetter**<br>**800 Bellevue Way NE #525**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Dain Bosworth C/F Patrick J. Burns IRA** | **Common** | | **Shares** |
| **Dale M. and Joyce R. Francis**<br>**11729 E. Juan Tabo Road**<br>**Scottsdale, AZ 85255** | **Common** | | **Shares** |
| **Dale W. and Kathryn A. Gormley**<br>**P.O. Box 187**<br>**Waterville, WA 98858** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.**                                                    Case No. _____

                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dan F. and Penelope F. Hom**<br>**1057 East Sandpiper Drive**<br>**Tempe, AZ 85283** | **Common** | | **Shares** |
| **David A. Brown,**<br>**1200 Concord Avenue #200**<br>**Concord, CA 94520** | **Common** | | **Shares** |
| **David A. Montanaro**<br>**218 Main Street, #747**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **David B. Brown**<br>**21520 SE 13th Place**<br>**Sammamish, WA 98075** | **Common** | | **Shares** |
| **David B. Dowling DDS**<br>**173 Whelan Way**<br>**Manteca, CA 95336** | **Common** | | **Shares** |
| **David C. & Joann H. Hoedemaker**<br>**2017 Broadway East**<br>**Seattle, WA 98102** | **Common** | | **Shares** |
| **David D. and Leslie S. Leland**<br>**1107 Sunset Avenue SW**<br>**Seattle, WA 98116** | **Common** | | **Shares** |
| **David H. Pascoe**<br>**3731 Deauville Place**<br>**Santa Rosa, CA 95403** | **Common** | | **Shares** |
| **David M. and Peggy Loshin**<br>**24127 NE 122nd St**<br>**Redmond, WA 98053** | **Common** | | **Shares** |
| **David M. Hayum**<br>**18860 57th Ave NE**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |
| **David P. Grinnell**<br>**P.O. Box 431**<br>**Redmond, WA 98073** | **Common** | | **Shares** |
| **David S. and Carrie Reibman**<br>**5419 South Lucile Street**<br>**Seattle, WA 98118** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.**                                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **David T. and Teresa Ducharme**<br>**17790 SE 58th Place**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |
| **David W. Schiffren**<br>**14 Brook Bay**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Dean Witter Reynolds, Inc.**<br>**5001-102 Lane NE**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **DLJSC Custodian FBO IRA**<br>**Attn:   Lisa Bakhsheshy**<br>**4481 Zarahemla Dr**<br>**Salt Lake City, UT 84124** | **Common** | | **Shares** |
| **Dominich & Dominick R. Toulouse**<br>**15260 Maplewild Ave SW**<br>**Seattle, WA 98166** | **Common** | | **Shares** |
| **Donald Ellis**<br>**6222 NE 182nd St**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |
| **Douglas G. Reetz**<br>**1911 SW Campus Drive**<br>**Federal Way, WA 98023** | **Common** | | **Shares** |
| **Dowell Family Trust**<br>**c/o Lester R. & Elaine Dowell**<br>**4907 Croatian Way**<br>**Anacortes, WA 98221** | **Common** | | **Shares** |
| **DTCC PTC CUST**<br>**c/o Kristine Lehn**<br>**570 Washington Blvd**<br>**Jersey City, NJ 07310** | **Common** | | **Shares** |
| **DTDMore Venture, LLC**<br>**7600 E Doubletree Ranch Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85258** | **Series AA**<br>**Preferred** | **47.1%** | **Shares** |
| **DTDmore Ventures, LLC**<br>**7600 E Doubletree Ranch Rd**<br>**Suite 300**<br>**Scottsdale, AZ 85258** | **Common** | **37.9%** | **Shares** |

List of equity security holders consists of 32 total page(s)

In re: __Door to Door Storage, Inc.__          Case No. _____

                             Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **E. Scott McRory**<br>**5425 Elleray Lane NE**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **Ed Altman**<br>**522 Alder St, Unit 302**<br>**Edmonds, WA 98020** | **Common** | | **Shares** |
| **Edgar and Linda Yang**<br>**3725 Greenbrier Lane**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Edward A. Alkire**<br>**20 MountainValley Rd.**<br>**Winthrop, WA 98862** | **Common** | | **Shares** |
| **Edward B Vallone III**<br>**2671 1/2 Waverly Dr**<br>**Los Angeles, CA 90039** | **Common** | | **Shares** |
| **Edward D. Jones & Co**<br>**c/o Allen Floyd**<br>**756 Sunset Acres Road**<br>**Othello, WA 99344** | **Common** | | **Shares** |
| **Edward Laine**<br>**27143 SE 27th St**<br>**Sammamish, WA 98075** | **Common** | | **Shares** |
| **Edwin B. Bezy, Jr.**<br>**12938 SE 186th St**<br>**Renton, WA 98058** | **Common** | | **Shares** |
| **Elaine E.& Robert C. Barrick**<br>**12565 42nd Ave NE**<br>**Seattle, WA 98125** | **Common** | | **Shares** |
| **Emmet Earl Pitts**<br>**27603 10th Avenue S.**<br>**Seattle, WA 98198** | **Common** | | **Shares** |
| **Enumclaw Landscape Maint,**<br>**c/o David Schodde**<br>**P. O. Box 620** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:   **Door to Door Storage, Inc.**                                   Case No. _____

_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equity Trust Company  FBO**<br>**Attn:  Kenneth Tucker**<br>**22843 Tranquility Place N.E.**<br>**Kingston, WA 98346** | **Common** | | **Shares** |
| **Eric J. Landeen Trust**<br>**c/o Jerry Landeen**<br>**1200 Westlake Av.N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Eric N. Fassler**<br>**1412 SW 43rd**<br>**Renton, WA 98057** | **Common** | | **Shares** |
| **Estate of Duane C. Victor**<br>**420 Bellevue Way SE**<br>**Bellevue, WA 98004-6656** | **Common** | | **Shares** |
| **Estate of Milton G. Kuolt**<br>**c/o Robert Zoffel**<br>**2033 6th Avenue, Ste 903**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **Ethan E. Crawford, Jr.**<br>**13897 SE 64th Street**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |
| **F.  Harmon Rev Living Trust**<br>**c/o Fred Harmon**<br>**21706 34th Avenue East**<br>**Spanaway, WA 98387** | **Common** | | **Shares** |
| **Finnegan Revocable Living Tr.**<br>**Attn:  Joe & Marion Finnegan**<br>**2430 76th Ave SE #611**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **First Trust Corporation**<br>**Attn:  Susan M. Kevin**<br>**P. O. Box 1021**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Floyd U. Jones**<br>**16268 38th NE**<br>**Seattle, WA 98155** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re: **Door to Door Storage, Inc.**                                    Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FosMac Company**<br>**c/o Robert Foster**<br>**2040 43rd Avenue East, Unit 60**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Frank J. Owens**<br>**P. O. Box 187**<br>**Olympia, WA 98507** | **Common** | | **Shares** |
| **Frank M. Mercker**<br>**814 Warren Ave N**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Frank M. Sweeney**<br>**6121 NE 175th Street #B101**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |
| **Fred L. Harmon**<br>**21706 34th Avenue East**<br>**Spanaway, WA 98387** | **Common** | | **Shares** |
| **Frederick Kutscher**<br>**c/o Scott Rhodes** | **Common** | | **Shares** |
| **Frederick & Gloria Hoedemaker**<br>**3458 92nd Avenue NE**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Frederick Grinnell**<br>**4725 119th Ave. S.E.**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |
| **Frederick W. Titcomb, Jr. Cust**<br>**Attn: Rohre W.B. Titcomb**<br>**2000 Wells Fargo Place**<br>**Saint Paul, MN 55101** | **Common** | | **Shares** |
| **Frederick W. Titcomb, Jr. Cust**<br>**Attn: Vehro W.B. Titcomb**<br>**2000 Wells Fargo Place**<br>**Saint Paul, MN 55101** | **Common** | | **Shares** |
| **Frederick W. Titcomb, Jr. Custodian UGMA**<br>**Attn: Zahlen W.B. Titcomb**<br>**2000 Wells Fargo Place**<br>**Saint Paul, MN 55101** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **G. Bruce Eskildsen**<br>**107 Airport Way N**<br>**Mattawa, WA 99349** | **Common** | | **Shares** |
| **G. Roger Dorey**<br>**1371 57th St.**<br>**Sacramento, CA 95819** | **Common** | | **Shares** |
| **G.D. and Marcie D. Newton**<br>**3140 NW Metke Pl**<br>**Bend, OR 97701** | **Common** | | **Shares** |
| **Gary C. and Ann L. Palmer**<br>**P. O. Box 361**<br>**Lewiston, ID 83501** | **Common** | | **Shares** |
| **Gary K. Philbrick**<br>**P.O. Box 6262**<br>**Ketchum, ID 83340** | **Common** | | **Shares** |
| **Gary Ritner**<br>**1642 118th Ave SE #E114**<br>**Bellevue, WA 98005** | **Common** | | **Shares** |
| **Gary Schoenfeld**<br>**224 Homewood Road**<br>**Los Angeles, CA 90049** | **Common** | | **Shares** |
| **Gary Strainer**<br>**4302 193rd Avenue SE**<br>**Issaquah, WA 98027** | **Common** | | **Shares** |
| **Gordon Legg**<br>**4812 106th Ave NE**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Gordon Raine**<br>**9025 NE 22nd Place**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Graham S. Anderson**<br>**P.O. Box 2078**<br>**Ketchum, ID 83340** | **Common** | | **Shares** |
| **Greg Victor**<br>**10121 SE 226th Place**<br>**Kent, WA 98031** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  **Door to Door Storage, Inc.**                    Case No. _____

                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **H. Clay and Emma Jean Freeman**<br>**920 168th Place NE**<br>**Bellevue, WA 98008** | **Common** | | **Shares** |
| **H. Douglas Waddell**<br>**9028 NE 41st**<br>**Yarrow Point, WA 98004** | **Common** | | **Shares** |
| **Hare & Co.**<br>**1000 Second Avenue, Suite 4000**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Henry W. and Patricia D. Bates**<br>**19003 46th Ave NE**<br>**Seattle, WA 98155** | **Common** | | **Shares** |
| **Herbet L. Pruzan**<br>**P. O. Box 9386**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Herman Sarkowsky**<br>**99 Union Street, Unit 1901**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **Irvin D. Hummel**<br>**6828 174th Street SW**<br>**Edmonds, WA 98020** | **Common** | | **Shares** |
| **Island Investment Partnership**<br>**Attn:  John Anderson**<br>**P.O. Box 2609**<br>**Kirkland, WA 98083** | **Common** | | **Shares** |
| **J.W.Titcomb,Jr & X.W.B.Titcomb**<br>**T/ee with Xtehn W.B. Titcomb**<br>**Attn:  Xtehn W.B. Titcomb**<br>**P.O. Box 1278**<br>**Tacoma, WA 98401-1278** | **Common** | | **Shares** |
| **Jack and Kathe DeWitt**<br>**Box 3454**<br>**Ketchum, ID 83340** | **Common** | | **Shares** |
| **Jack B. Schiffman**<br>**7047 East Greenway Parkway**<br>**Scottsdale, AZ 85254** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.**                              Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jack W. Brown**<br>**15306 61st Place NE**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |
| **James B. Keller**<br>**9429 SE 52nd**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **James B. Owens, Inc.**<br>**8520 NE 15th Street**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **James L. Stanton**<br>**7812 SE 78th Street**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **James R & Joan R Smith Fam.Tr.**<br>**21916 78th Avenue East**<br>**Graham, WA 98338** | **Common** | | **Shares** |
| **James R. Hanson**<br>**908 N Huson**<br>**Tacoma, WA 98406** | **Common** | | **Shares** |
| **James W. Campbell**<br>**3306 Frater Ave SW**<br>**Seattle, WA 98116** | **Common** | | **Shares** |
| **James W. Kenyon**<br>**7517 Rindge Avenue**<br>**Playa Del Rey, CA 90293** | **Common** | | **Shares** |
| **Jan Brazier Salomon Smith et al**<br>**PO 10194**<br>**Ketchum, ID 83340** | **Common** | | **Shares** |
| **Janet Floyd**<br>**756 Sunset Acres Road**<br>**Othello, WA 99344** | **Common** | | **Shares** |
| **Janet H. Forbes**<br>**2320 43rd East, #102**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Janis M. Mercker**<br>**18009 13th Avenue Northwest**<br>**Shoreline, WA 98177** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.**                                          Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Schoenfeld**<br>**1833 Parkside Drive East**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Jeffrey & Barbara Holdgrafer**<br>**64 Jackson Road**<br>**Bedford, NY 10506** | **Common** | | **Shares** |
| **Jeffrey S. and Susan P. Lyon**<br>**2542 North Vista View Drive**<br>**Tacoma, WA 98406** | **Common** | | **Shares** |
| **Jerald E. Farley**<br>**16526 Shore Drive**<br>**Lake Forest Park, WA 98155** | **Common** | | **Shares** |
| **Jerome E. Mathews**<br>**2620 Bellevue Way NE, #119**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Jerry Landeen**<br>**1200 Westlake Ave. N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Jerry Landeen & Susan. Landeen**<br>**1200 Westlake Ave.N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Joanne M. Sandberg**<br>**P.O. Box 5**<br>**Freeland, WA 98249** | **Common** | | **Shares** |
| **John Celms**<br>**6400 Crescent Park E., #120**<br>**Playa Vista, CA 90094** | **Common** | | **Shares** |
| **John E. & Karen M. Parkey**<br>**27715 SE 24th Way**<br>**Fall City, WA 98025** | **Common** | | **Shares** |
| **John Landeen**<br>**1200 Westlake Ave. N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **John O. Burgess**<br>**14691 E State Rt 106**<br>**Belfair, WA 98528** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:   **Door to Door Storage, Inc.**                                    Case No. _____
                                                   **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John P. Rader**<br>**11501 So. Dogwood Lane**<br>**Woodway, WA 98020** | **Common** | | **Shares** |
| **John S. Behnke**<br>**3310 East Laurelhurst Drive NE**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **John T. Backus**<br>**3414 NE 55th Street**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **John W. Titcomb, Jr.**<br>**629 E. Lk. Sammamish Shr Ln NE**<br>**Sammamish, WA 98074-6906** | **Common** | | **Shares** |
| **John W. Turrill**<br>**10802 North 10th Place**<br>**Phoenix, AZ 85020** | **Common** | | **Shares** |
| **Jolene Victor**<br>**1019 No. Plymouth Ct.**<br>**Gilbert, AZ 85234** | **Common** | | **Shares** |
| **Jon Ambjor**<br>**25705 SE 456th Street**<br>**Enumclaw, WA 98022** | **Common** | | **Shares** |
| **Joseph E. Juarez**<br>**9085 NE 26th Street**<br>**Clyde Hill, WA 98004** | **Common** | | **Shares** |
| **Joyce P. Celms**<br>**3239 80th Avenue SW Apt #204**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Judith K. Esser**<br>**P. O. Box 941**<br>**Mattawa, WA 99349** | **Common** | | **Shares** |
| **Karen L. Koon,**<br>**T/ee of the KLK Living Trust**<br>**4540 8th NE #1601**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **Katherine E. Sisson**<br>**1756 Windsor Ct**<br>**Wenatchee, WA 98801** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re: **Door to Door Storage, Inc.**                    Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ken Chamberlin**<br>**416 St Andrews Court**<br>**Las Vegas, NV 89144** | **Common** | | **Shares** |
| **Kenneth Alhadeff**<br>**615 Second Avenue, Suite 100**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Kevin and Carol Bohren**<br>**91 Hollymead Drive**<br>**The Woodlands, TX 77381** | **Common** | | **Shares** |
| **Kevin L. Wold**<br>**411 Fairview Ave N, Ste 202**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **KGF Holdings LLC**<br>**c/o Kevin Fortun**<br>**5800 125th Lane NE**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Kim and Mary Wright**<br>**6307 77th Ave SE**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Kimball & Russell, Inc. r**<br>**c/o Brian McGraw**<br>**6501 Alden Drive**<br>**West Bloomfield, MI 48324** | **Common** | | **Shares** |
| **Kimberly J. Mathai**<br>**3216 11th Ave West**<br>**Seattle, WA 98119** | **Common** | | **Shares** |
| **Kunath, Karren, Rinne & Atkin**<br>**Investment Trust 9**<br>**Attn: Bruce Rinne**<br>**1000 Second Avenue, Suite 4000**<br>**Seattle, WA 98104-1054** | **Common** | | **Shares** |
| **Kurt Ehlers**<br>**P.O. Box 195**<br>**Everett, WA 98206** | **Common** | | **Shares** |
| **Kurt H. and Jean M. Patterson**<br>**12711 Standring Lane SW**<br>**Seattle, WA 98146** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re: **Door to Door Storage, Inc.**                              Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **L. R. Dowell**<br>**4907 Croatian Way**<br>**Anacortes, WA 98221** | **Common** | | **Shares** |
| **Lara N. Davidson**<br>**4930 60th Avenue NE**<br>**Marysville, WA 98270** | **Common** | | **Shares** |
| **Larry and Alexandra Lux**<br>**2801 1st Ave #1218**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **Larry Granston**<br>**225 2nd Street South, Apt D-1**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Laura E. Landeen Trust**<br>**c/o Jerry Landeen**<br>**1200 Westlake Av.N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Laura Keller**<br>**41610 SE 142nd Street**<br>**North Bend, WA 98045** | **Common** | | **Shares** |
| **Laura Rogers Victor**<br>**163 Dorffel Drive East**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Laurie Larsen - 2000 Trust**<br>**511 Aveida Largo**<br>**Newport Beach, CA 92660** | **Common** | | **Shares** |
| **Lawrence D. Mondschein**<br>**1100 Bayshore Drive**<br>**Camano Island, WA 98292** | **Common** | | **Shares** |
| **Lawrence L. Hood, Trustee**<br>**601 Union Street, Suite 4343**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **Lawrence McDonnell**<br>**42305 196th Ave. S.E.**<br>**Enumclaw, WA 98022** | **Common** | | **Shares** |
| **Lawrence McDonnell & Jacquelne**<br>**42305 196th Avenue SE**<br>**Enumclaw, WA 98022** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re: __Door to Door Storage, Inc.__       Case No. _____

               Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence R. & Jane A Treleven**<br>**11222 70th Ave NW**<br>**Gig Harbor, WA 98332** | **Common** | | **Shares** |
| **LeaAnne Ottinger**<br>**1841 West Mercer Way**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Legg Mason Wood Walker Cust**<br>**Attn: Donna Vallone**<br>**9300 Underwood Avenue, Suite 4**<br>**Omaha, NE 68114** | **Common** | | **Shares** |
| **Leo T. and Mary P. Flood**<br>**P. O.Box 231**<br>**Chelan, WA 98816** | **Common** | | **Shares** |
| **Leonard H & Patricia A.Shapiro**<br>**7830 80th Place SE**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Lightning Ridge Enterprises**<br>**Attn: Larry L. Johnson**<br>**P.O. Box 280247**<br>**Lakewood, CO 80228** | **Common** | | **Shares** |
| **Lisa R. Bjerke**<br>**P.O. Box 5886**<br>**Ketchum, ID 83340** | **Common** | | **Shares** |
| **Lorene G. Goodwin**<br>**12804 109th Ave N.E.**<br>**Kirkland, WA 98034** | **Common** | | **Shares** |
| **Lyle E. Blank**<br>**P.O. Box 2266**<br>**Everett, WA 98203** | **Common** | | **Shares** |
| **M & R Family Limited Pship**<br>**Attn: G. Roger Victor**<br>**4248 Stone Creek Lane**<br>**Provo, UT 84604** | **Common** | | **Shares** |
| **Madison Financial**<br>**Attn: Curt A. Carlson**<br>**7829 Center Blvd. S.E. #100**<br>**Snoqualmie, WA 98065** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:   **Door to Door Storage, Inc.**                                    Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark A. Jackson**<br>**4577 Parkhill Drive**<br>**Salt Lake City, UT 84124** | **Common** | | **Shares** |
| **Mark E. Gallant**<br>**10409 NE 17th Street**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Mark Sandler**<br>**5020 141st Ave S.E.**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |
| **Marshall Warren Collins**<br>**22003 63rd Street East**<br>**Lake Tapps, WA 98391** | **Common** | | **Shares** |
| **Mary Jane McRory**<br>**82 Sixth Ave.**<br>**San Francisco, CA 94118** | **Common** | | **Shares** |
| **Mary Jo Wertheimer**<br>**14312 132nd Avenue NE**<br>**Woodinville, WA 98072** | **Common** | | **Shares** |
| **Massoud Matt Aatai**<br>**13120 NE 70th Place**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Matthew B. Ragen**<br>**540 36th Ave East**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **McDonald Investments Inc**<br>**Attn:  Scott M. Craig**<br>**400 Wall Street #513**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **McDonald Investments Inc**<br>**c/o William Maguire**<br>**80 Vine Street, #601**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **McDonald Investments, Inc.**<br>**Attn:  Gary Craig**<br>**321-3rd Street #401**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:  **Door to Door Storage, Inc.**                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **McGrew, et al.**<br>**Attn:  Frederick Schoepflin**<br>**1201 Third Avenue, Suite 3200**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **McRory & Company**<br>**Attn:  Ed McRory**<br>**PO Box 451159**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **Melinda D.H. Kraushaar**<br>**c/o Paul Brain**<br>**1708 198th St. SW**<br>**Lynnwood, WA 98036** | **Common** | | **Shares** |
| **Michael Craig**<br>**3455 Pierce St #301**<br>**San Francisco, CA 94123** | **Common** | | **Shares** |
| **Michael D. Meyers**<br>**1803 42nd Avenue S**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Michael J. Stager**<br>**7048 NE 164th Street**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |
| **Michael M. Riley**<br>**32720 224th Pl SE**<br>**Black Diamond, WA 98010** | **Common** | | **Shares** |
| **Michael Ratcliffe**<br>**P.O. Box 2087**<br>**Auburn, WA 98071** | **Common** | | **Shares** |
| **Michael Viener**<br>**10 Pineapple Lane**<br>**Stuart, FL 34996** | **Common** | | **Shares** |
| **MLPF & S Cust**<br>**c/o Ray E Pinney Jr**<br>**6529B NE Windemere Road**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **Montlake Capital**<br>**c/o Tim Riley**<br>**1200 5th Ave, Suite 1800**<br>**Seattle, WA 98101** | **Common** | **1.9%** | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Door to Door Storage, Inc.** _____   Case No. _____
                                     Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Moore Family Trust**<br>**Attn: Janice Moore**<br>**12745 Roosevelt Way NE**<br>**Seattle, WA 98125** | **Common** | | **Shares** |
| **Mr. Donald W. Smith**<br>**1956 Clise Place West**<br>**Seattle, WA 98199** | **Coomon** | | **Shares** |
| **Neil E. Heiman**<br>**6600 Flora Avenue South**<br>**Seattle, WA 98108** | **Common** | | **Shares** |
| **Norman K & Judith A.Thordarson**<br>**P.O. Box 237**<br>**Friday Harbor, WA 98250-0237** | **Common** | | **Shares** |
| **Norman N. Behar**<br>**6200 Lake Shore Drive**<br>**Seattle, WA 98118** | **Common** | | **Shares** |
| **Northwest Opportunity Fund, LP**<br>**1200 5th Ave, Suite 1800**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **Pamela R. Burnett**<br>**1815 38th Avenue E**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Patricia E. Pascoe**<br>**3731 Deauville Place**<br>**Santa Rosa, CA 95403** | **Common** | | **Shares** |
| **Patrick C. & Mary Jo Sweeney**<br>**18606 28th Avenue SE**<br>**Bothell, WA 98012** | **Common** | | **Shares** |
| **Patrick Toulouse**<br>**9753 Lake Shore Blvd. NE**<br>**Seattle, WA 98115** | **Common** | | **Shares** |
| **Paul E. Brain**<br>**1001 Fourth Avenue, Suite 3600**<br>**Seattle, WA 98154** | **Common** | | **Shares** |
| **Pauline F. Westlund**<br>**5120 NE Latimer**<br>**Seattle, WA 98105** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re:  **Door to Door Storage, Inc.**                                          Case No. _____

_____
                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peacock, Hislop, Staley et al**<br>**Attn:  Bernard Francois**<br>**2999 N 44th Street, Suite 100**<br>**Phoenix, AZ 85018** | **Common** | | **Shares** |
| **Peacock, Hislop, Staley et al**<br>**Attn:  Ted Vallone**<br>**2999 N 44th Street, Suite 100**<br>**Phoenix, AZ 85018** | **Common** | | **Shares** |
| **PEK Trust**<br>**c/o Perry Koon**<br>**P.O. Box 182144**<br>**Coronado, CA 92178** | **Common** | | **Shares** |
| **Pensco Trust Company, Custodian**<br>**William Wren**<br>**PO Box 26903**<br>**San Francisco, CA 94126-6903** | **Common** | | **Shares** |
| **Perry E. Trevithick**<br>**45680 Waterlou Station Square**<br>**Sterling, VA 20166** | **Common** | | **Shares** |
| **Pershing LLC, Custodian**<br>**c/o Mark Jackson**<br>**4577 Parkhill Drive**<br>**Salt Lake City, UT 84124** | **Common** | | **Shares** |
| **Peter C. Landeen Trust**<br>**c/o Jerry Landeen**<br>**1200 Westlake Av.N., #407**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Peter T. Holland**<br>**1200 Fitth Avenue, Suite 1800A**<br>**Seattle, WA 98101** | **Common** | | **Shares** |
| **Philip W. Pascoe**<br>**P.O. Box 1278**<br>**Tacoma, WA 98401** | **Common** | | **Shares** |
| **Phyllis Koropatnicki**<br>**22610 140th St NE**<br>**Thief River Falls, MN 56701** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re:  **Door to Door Storage, Inc.**                                    Case No. _____

                                                    **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pruzan Building Co., L.P.**<br>**Attn:  Herb Pruzan**<br>**P.O. Box 9386**<br>**Seattle, WA 98109** | **Common** | | **Shares** |
| **Qxhna W.B.Titcomb Revocable Tr**<br>**629 E. Lk Sammamish Shr. Ln NE**<br>**Sammamish, WA 98074-6906** | **Common** | | **Shares** |
| **R. Neubauer**<br>**2033 6th Ave, Suite 925**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **Ray Lindstrom**<br>**c/o Jacquelyn Lindstrom**<br>**530 97th Pl SE**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Ray Styles & Nichole Vick**<br>**310 Eagle Place NE**<br>**Bainbridge Island, WA 98110** | **Common** | | **Shares** |
| **Raymond Bell**<br>**5814 149th Ave SE**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |
| **Reinhard A. Biermanski**<br>**7235 S 227th Pl #103**<br>**Kent, WA 98032** | **Common** | | **Shares** |
| **Richard and Barbara Shikiar**<br>**4552 E. Laurel Drive NE**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **Richard D. Leshgold**<br>**650 Bellevue Way NE, #2403**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Richard E. & Kathleen Baker**<br>**1394 SW 174th**<br>**Seattle, WA 98166** | **Common** | | **Shares** |
| **Richard G. Andrew**<br>**415 North 7th**<br>**Tacoma, WA 98403** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:  **Door to Door Storage, Inc.**                                        Case No. _____

                                                                     Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard J. & Bonnie B. Robbins**<br>**154 Lake Washington Blvd. E**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Richard J. Ducharme**<br>**110 River Rance Lane**<br>**Dayton, WA 99328** | **Common** | | **Shares** |
| **Richard R. Albrecht**<br>**P.O. Box 10669**<br>**Bainbridge Island, WA 98110** | **Common** | | **Shares** |
| **Richard Strand**<br>**P.O. Box 27107**<br>**Seattle, WA 98125** | **Common** | | **Shares** |
| **Richard W & Karen J. Tschetter**<br>**7615 115th Place NE**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Richard W. Middleton, Jr.**<br>**3018 Aspinwall Rd.**<br>**Olympia, WA 98502** | **Common** | | **Shares** |
| **Rick A. Menti**<br>**3900 2nd Ave NE, #402**<br>**Seattle, WA 98105** | **Common** | | **Shares** |
| **Robert A. LaBow Trust**<br>**15495 S. Lake Shore Road**<br>**Chelan, WA 98816** | **Common** | | **Shares** |
| **Robert B. Riley**<br>**22875 Canyon Lake Dr N**<br>**Seattle, WA 98104-1054** | **Common** | | **Shares** |
| **Robert C. Philbrick**<br>**7662 SE 22md Street**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Robert D. & Frances McKorkle**<br>**23004 SE 41st Place**<br>**Issaquah, WA 98029** | **Common** | | **Shares** |
| **Robert G. Moch**<br>**22975 SE Black Nugget Rd #459**<br>**Issaquah, WA 98029-7308** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re: __Door to Door Storage, Inc.__ _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert J. & JoAnn F. Campbell**<br>**12230 NE 36th**<br>**Bellevue, WA 98005** | **Common** | | **Shares** |
| **Robert S. Angel**<br>**3535 West Mercer Way**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Robert S. Rogers**<br>**1630 43rd Ave E. #1225**<br>**Seattle, WA 98112** | **Common** | | **Shares** |
| **Robert S. Timmins**<br>**4201 Champaign Drive**<br>**Durham, NC 27707** | **Common** | | **Shares** |
| **Robert W. Anderson**<br>**115 Lake Ave W**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Robert Wohlman**<br>**9017 NE 40th Place**<br>**Yarrow Point, WA 98004** | **Common** | | **Shares** |
| **Ronald A. Woolworth**<br>**P.O. Box 973**<br>**Anacortes, WA 98221** | **Common** | | **Shares** |
| **Ronald D. Worley DDS**<br>**Pension Plan for Ronald Worley**<br>**1308 S Pioneer Way,**<br>**Moses Lake, WA 98837** | **Common** | | **Shares** |
| **Ronald G. Neubauer**<br>**2033 6th Ave, Suite 925**<br>**Seattle, WA 98121** | **Common** | | **Shares** |
| **Roxanne Pingree**<br>**4438 E. Princeton Avenue**<br>**Higley, AZ 85236** | **Common** | | **Shares** |
| **Salli A. Lucker**<br>**13515 E Lake Kathleen Dr SE**<br>**Renton, WA 98059** | **Common** | | **Shares** |
| **Sally Jo Ryan**<br>**4311 50th Avenue NE**<br>**Seattle, WA 98105** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re:  **Door to Door Storage, Inc.**  Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sam Rizzo**<br>**Bellevue, WA 98005** | **Common** | | **Shares** |
| **Samuel L. & Janet J. Stanley**<br>**10051 NE 27th**<br>**Bellevue, WA 98004-1953** | **Common** | | **Shares** |
| **Sandra and William Sell-Lee,**<br>**377 Osprey Glen**<br>**Sequim, WA 98382** | **Common** | | **Shares** |
| **Sandra L. Turrill**<br>**10802 North 10th Place**<br>**Phoenix, AZ 85020** | **Common** | | **Shares** |
| **Sara R. Dawson**<br>**1923 32nd Avenue South**<br>**Seattle, WA 98144** | **Common** | | **Shares** |
| **Sarah E & Dale E. Rogerson**<br>**1618 3rd Ave W**<br>**Seattle, WA 98119** | **Common** | | **Shares** |
| **Seamark Prop, Inc. Ret. Plan**<br>**c/o Robert Hanson**<br>**2100 112th Ave NE, Suite 201**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Sharon Ann Uluwehi Vaughn**<br>**263 Snakelum Point Road**<br>**Bellingham, WA 98229** | **Common** | | **Shares** |
| **Shawn C. & Katherine E Sweeney**<br>**4517 Island Ave. NE**<br>**Bainbridge Island, WA 98110** | **Common** | | **Shares** |
| **Smith Barney**<br>**Custodian for Cynthia Hurd**<br>**999 Third Ave, Suite 4500**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Smith Barney**<br>**Custodian for Thomas Hurd**<br>**999 Third Ave, Suite 4500**<br>**Seattle, WA 98104** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **Door to Door Storage, Inc.**                          Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sonia D. Heiman**<br>**725 16th Street, #1**<br>**Seattle, WA 98122** | **Common** | | **Shares** |
| **Stanley G. Freimuth**<br>**650 Bellevue Way NE  PH 4100**<br>**Bellevue, WA 98004** | **Common** | | **Shares** |
| **Stephen C. French**<br>**18815 E Castillo Ct**<br>**Otis Orchards, WA 99027** | **Common** | | **Shares** |
| **Stephen H. Smith**<br>**9500 Roosevelt Way NE #304**<br>**Seattle, WA 98115** | **Common** | | **Shares** |
| **Stephen O. Handley**<br>**2535 Perkins Lane West**<br>**Seattle, WA 98199** | **Common** | | **Shares** |
| **Stephen Wischmeier**<br>**6215 44th Avenue E**<br>**Tacoma, WA 98443** | **Common** | | **Shares** |
| **Sterling Trust Company**<br>**Attn:  Herbert Hazen**<br>**705 Martens Ct PMB**<br>**Laredo, TX 78041** | **Common** | | **Shares** |
| **Sterling Trust Company,**<br>**c/o Janet M. Floyd**<br>**756 Sunset Acres Road**<br>**Othello, WA 99344** | **Common** | | **Shares** |
| **Steven J. Jones**<br>**1301 Spring Street #9C**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Stifel Nicolaus**<br>**Custodian for Joy McIntosh**<br>**Attn: Cheri Hill**<br>**501 North Broadway**<br>**Saint Louis, MO 63102** | **Common** | | **Shares** |
| **Stuart Robertson**<br>**10487 N.E. Sunrise Bluff**<br>**Bainbridge Island, WA 98110** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re: **Door to Door Storage, Inc.**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Susan Dolan**<br>**25905 Dockton Rd SW**<br>**Vashon, WA 98070** | **Common** | | **Shares** |
| **Susan Kevin**<br>**P. O. Box 1021**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Suzanne Eitel Trust**<br>**Attn: Richard Eitel**<br>**2711 Taylor Drive**<br>**Everett, WA 98203** | **Common** | | **Shares** |
| **Terry and Sheryl L. Pressman**<br>**10525 NE 53rd Street**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Terry R. Smith**<br>**23802 230th Place SE**<br>**Maple Valley, WA 98038** | **Common** | | **Shares** |
| **The Collins Family Trust**<br>**Attn:Marshall & Deanna Collin**<br>**2306 Highland Dr**<br>**Anacortes, WA 98221** | **Common** | | **Shares** |
| **The Dennis Shay Company**<br>**Attn: Dennis Shay**<br>**520 Wilderness Peak Drive NW**<br>**Issaquah, WA 98027** | **Common** | | **Shares** |
| **The Equity Trust Company**<br>**c/o John Lugviel**<br>**1809 East South Ridge Drive**<br>**Spokane, WA 99223** | **Common** | | **Shares** |
| **The Equity Trust Company**<br>**c/o Walter L. Plimpton**<br>**1 Equity Way**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **The Equity Trust Company**<br>**Attn: Sandra Sell-Lee**<br>**225 Burns Road**<br>**Elyria, OH 44035** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re: **Door to Door Storage, Inc.**                                                Case No. _____

                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Equity Trust Company**<br>**Attn: Jeanelle Shields**<br>**1 Equity Way**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **The Equity Trust Company**<br>**Attn: Michael F. Sweeney**<br>**1 Equity Way**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **The Equity Trust Company CFBO**<br>**Ronald Victor**<br>**225 Burns Road**<br>**Elyria, OH 44035** | **Common** | | **Shares** |
| **The Equity Trust Company CFBO**<br>**Attn: Larry Weidkamp**<br>**5116 Cedar Lane NE**<br>**Hansville, WA 98340** | **Common** | | **Shares** |
| **The Equity Trust Company CFBO,**<br>**Attn: Greg S. Barton**<br>**2033 208th Place NE**<br>**Sammamish, WA 98072** | **Common** | | **Shares** |
| **The Equity Trust Company,**<br>**Attn: Murray V. Stookey**<br>**1 Equity Way**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **The Equity Trust Custodian FBO**<br>**c/oJeffrey Grinnell**<br>**1 Equity Way**<br>**Westlake, OH 44145** | **Common** | | **Shares** |
| **The Equity Trust Custodian,**<br>**c/o Beverly Kaufman**<br>**14277 92nd Place**<br>**Bothell, WA 98011** | **Common** | | **Shares** |
| **The Flynn Family Decendants**<br>**c/o Flynn Family**<br>**7900 SE 28th #401**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **The Lee Jr. Family Trust,**<br>**Attn: John Lee Jr.**<br>**4721 155th Pl SE**<br>**Bellevue, WA 98006** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

In re: __Door to Door Storage, Inc.__ _____  Case No. _____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **The Marsha Thrall Trust**<br>**Attn:John & Marsha Bona-Thrall**<br>**P.O. Box 65**<br>**Medina, WA 98039** | **Common** | | **Shares** |
| **Theodore and Barbara Daniels**<br>**12425 NE 39th Street**<br>**Bellevue, WA 98005** | **Common** | | **Shares** |
| **Thomas E. Harsh**<br>**1841 E. Lake Sammamish Pkwy NE**<br>**Sammamish, WA 98074** | **Common** | | **Shares** |
| **Thomas F. Leonard**<br>**2815 67th Ave SE**<br>**Mercer Island, WA 98040** | **Common** | | **Shares** |
| **Thomas L. McQuaid, Jr.**<br>**548 First Ave S**<br>**Seattle, WA 98104** | **Common** | | **Shares** |
| **Thomas M. Hurd**<br>**35793 Calloway Lane**<br>**Palm Desert, CA 92211** | **Common** | | **Shares** |
| **Timothy J. Tucker**<br>**PO Box 1349,**<br>**Langley, WA 98260** | **Common** | | **Shares** |
| **Timothy J.& Virginia L. Riley**<br>**3607 Lake WA Blvd North**<br>**Renton, WA 98056** | **Common** | | **Shares** |
| **Timothy K. Tucker**<br>**PO Box 1349,**<br>**Langley, WA 98260** | **Common** | | **Shares** |
| **Todd Rosenberg**<br>**P.O. Box 1434**<br>**North Bend, WA 98045** | **Common** | | **Shares** |
| **Transcorp C/F**<br>**Attn: Frank Sweeney #88438**<br>**6121 NE 175th Street #B101**<br>**Kenmore, WA 98028** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **Door to Door Storage, Inc.**                     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Transcorp C/F**<br>**Stephen Wischmeier**<br>**6215 44th Avenue E**<br>**Tacoma, WA 98443** | **Common** | | **Shares** |
| **Transcorp--Ellen M. Anderson**<br>**15221 285th Avenue NE**<br>**Duvall, WA 98019** | **Common** | | **Shares** |
| **Trust Co. of America**<br>**C/o Walter J. Barnes**<br>**P.O. Box 6580**<br>**Englewood, CO 80155** | **Common** | | **Shares** |
| **UBS CDN FBO Robert A. Wohlman, M.D.**<br>**c/o Emmett Larkin**<br>**100 Bust St, Suite 1000**<br>**San Francisco, CA 94104** | **Common** | | **Shares** |
| **UBS Custodian for**<br>**Douglas A. Wohlman**<br>**11320 NE 103rd St**<br>**Kirkland, WA 98033** | **Common** | | **Shares** |
| **Uri Silbertein**<br>**55 Raven Rd**<br>**Winthrop, WA 98862-9127** | **Common** | | **Shares** |
| **Vern Thoreson**<br>**522 Alder #301**<br>**Edmonds, WA 98020** | **Common** | | **Shares** |
| **W. Griggs Irving**<br>**4014 Whitman Ave N**<br>**Seattle, WA 98103** | **Common** | | **Shares** |
| **Wade B. Garretson,**<br>**Ttee, Wade B. Garretson**<br>**P.O. Box 4678**<br>**Rollingbay, WA 98061** | **Common** | | **Shares** |
| **Wade Weston**<br>**12316 Capitol Saddlery Trail**<br>**Austin, TX 78732** | **Common** | | **Shares** |
| **Walter E. Schoenfeld**<br>**800 Fifth Ave., Ste 4100**<br>**Seattle, WA 98104** | **Common** | | **Shares** |

List of equity security holders consists of 32 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re: __Door to Door Storage, Inc.__                                    Case No. _____

                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wayne A. & Carolyn L. Kradjan<br>1025 NW Heather Drive<br>Corvallis, OR 97330 | Common | | Shares |
| Wells Fargo Bank Rollover<br>Attn:  Gordon Raine<br>9025 NE 22nd Place | Common | | Shares |
| Wells Fargo Bank Rollover<br>Attn:Tiimothy K. Tucker<br>c/o Stifel Nicolaus; Attn: C H<br>501 North Broadway<br>Saint Louis, MO 63102 | Common | | Shares |
| Wells Fargo Bank Rollover C/F<br>Attn:  Timothy J. Tucker<br>c/o Wells Fargo Investments, L<br>608 Second Ave S, 8th Fl.<br>Minneapolis, MN 55402 | Common | | Shares |
| West America Bank Custodian<br>Attn:  Scott E. Soules<br>509 NW 178th Place | Common | | Shares |
| William B. Donner<br>1110 East Pine Street<br>Seattle, WA 98112 | Common | | Shares |
| William E. Grundhaus<br>7001 Ripley Lane North<br>Renton, WA 98056 | Common | | Shares |
| William G. Lucks<br>2125 1st Avenue, Suite 3102<br>Seattle, WA 98121 | Common | | Shares |
| William Lovell<br>1087 Lake WA Blvd North, B402<br>Renton, WA 98056 | Common | | Shares |
| William T. Weyerhaeuser<br>P. O. Box 1278<br>Tacoma, WA 98401 | Common | | Shares |
| William W. Jeude<br>10625 NE 153rd Street<br>Bothell, WA 98011 | Common | | Shares |

List of equity security holders consists of 32 total page(s)

In re:  **Door to Door Storage, Inc.**                                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wilma Myra Warshak**<br>**2326 33rd Avenue South**<br>**Seattle, WA 98144** | **Common** | | **Shares** |
| **Zachary H Vallone**<br>**7007 E. Third Ave**<br>**Scottsdale, AZ 85251** | **Common** | | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 7, 2016**                          Signature  **/s/ Tracey F. Kelly**

                                                **Tracey F. Kelly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Door to Door Storage, Inc.**                                 Case No.                              

                                           Debtor(s)           Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  7, 2016**                  **/s/ Tracey F. Kelly**

                                              **Tracey F. Kelly**/**President**
Signer/Title

US ATTORNEY
ATN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046

```
WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


ARMAND J. KORNFELD WSBA
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


DOOR TO DOOR STORAGE, INC.
20425 72ND AVE. S.
KENT, WA 98032


4ELEMENTS INC
(A TRAFFIC TECH COMPANY)
6665 COTE-DE-LI
MONTREAL, QC HAT 125


80 INDUSTRIAL WAY LLC
65 INDUSTRIAL WAY
WILMINGTON, MA 01887


ACCESS INFORMATION MGMT
2205 51ST AVE E.
SUITE 302
FIFE, WA 98424


ADAMS COUNTY TREASURER
4430 S ADAMS COUNTY PARKWAY, S
BRIGHTON, CO 80601


ADVANCE RELOCATION
200 PURRYSBURG RD. #8
HARDEEVILLE, SC 29927


ADVANCE RELOCATION & STORAGE
C/O ACTION CAPITAL CORP
PO BOX 56346
ATLANTA, GA 30343
```

ADVANCE ROLOCATION
3488 OGEECHEE RD.
SAVANNAH, GA 31405


AFFILIATED MOVERS OF OK. CITY
PO BOX 94935
OKLAHOMA CITY, OK 73143


ALABAMA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
P.O. BOX 302520
MONTGOMERY, AL 36130-2520


ALAN TURKHEIMER
3535 LINDA VISTA DR
SPACE 188
SAN MARCOS, CA 92078


ALEX LEVY
6220 E VISTA ST
LONG BEACH, CA 90803


ALL AMERICAN MOVING & STORAGE
3890 TWIN CREEKS DR
COLUMBUS, OH 43204


AMERICAN EXPRESS
ATTN: DEPARTMENT 87
P.O. BOX 299051
FORT LAUDERDALE, FL 33329


AMERICAN VAN SERVICE, INC.
7704 WEST GEIGER BLVD
SPOKANE, WA 99224-9737


AMERICAN VAN SERVICE, INC.
7704 GEIGER BLVD.
SPOKANE, WA 99224


ANNA NGUYEN
3650 PLEASANT KNOLL DR
SAN JOSE, CA 95148

ARIZONA DEPT. OF REVENUE
UNCLAIMED PROPERTY UNIT
P.O. BOX 29026, SITE CODE 604
PHOENIX, AZ 85038-9026


ARODAL
P.O. BOX 98945
DES MOINES, WA 98198-0945


AT&T
P.O. BOX 5025
CAROL STREAM, IL 60197-5025


BEKINS A-1 MOVERS INC
5827 CURLEW DR  SUITE 5
NORFOLK, VA 23502


BEKINS A-1 MOVERS INC
4210 SOBB AVE
LAS VEGAS, NV 89118


BEKINS A1
4210 SOBB AVENUE
LAS VEGAS, NV 89118


BEKINS A1 MOVERS INC.
5827 CURLEW DRIVE
NORFOLK, VA 23502


BENNETT DORRANCE
5750 NORTH CAMELDALE WAY
PARADISE VALLEY, AZ 85253


BENNETT DORRANCE AS TRUSTEE OF
BENNETT DORRANCE TRUST DATED
APRIL 21, 1989, AS AMENDED
5750 NORTH CAMELDALE WAY
PARADISE VALLEY, AZ 85253


BEST BET MOVING
1805 SULLIVAN ST
GREENBORO, NC 27405

BEST BET MOVING & LABOR
804 WINSTON ST
GREENSBORO, NC 27405


BOOSKA MOVERS INC
180 FLYNN AVE
BURLINGTON, VT 05401


BRANDON BUTLER
9314 NE 99TH ST
VANCOUVER, WA 98662


BRANDON MOVING & STORAGE
10505 MAUMELLE BLVD
NORTH LITTLE ROCK, AR 72113


BRENT HAINES
3614 CHESHIRE AVE
CARLSBAUGH, CA 92010


BRISTOL BELTSVILLE, LLC
C/O BRISTOL CAPITAL CORPORATIO
7500 OLD GEORGETOWN ROAD, #760
BETHESDA, MD 20814


BRODIE, INC
PO BOX 1888
LAWRENCE, MA 01842-3888


BROWARD CTY RECORDS
115 S. ANDREWS AVE., #A100
FORT LAUDERDALE, FL 33301


BRUCE HALPRIN
26632 WEST ALSACE DR
CALABASAS, CA 91302


CA STATE CONTROLLER'S OFFICE
BETTY T YEE, CA ST CONTROLLER
UNCLAIMED PROPERTY DIVISION
10600 WHITE ROCK RD, STE. 141
RANCHO CORDOVA, CA 95670

CARL WARREN & CO.
P.O. BOX 748204
LOS ANGELES, CA 90074-8204


CARROLTON-FARMERS BRANCH I.S.
P.O. BOOX 110611
CARROLLTON, TX 75011


CB LUNA INDUSTRIAL NO. 4, LTD
1722 ROUTH STREET, STE. 770
DALLAS, TX 75201


CBRE INC.
20 NORTH MARTINGALE ROAD
SUITE 100
SCHAUMBURG, IL 60173


CHRIS T. BENNETT CPA
P.O. BOX 3674
BELLEVUE, WA 98009-3674


CHRISTOPHER MASON
9306 MAPLE ST
BELLFLOWER, CA 90707


CLF LIMITED
19524 BALLINGER WAY NE
SEATTLE, WA 98155


CLIFF BEAL
10960 W FLORIDA AVE, UNIT 123
LAKEWOOD, CO 80232


COASTAL CARRIER MOVING & STORAGE CO.
312 RALELIGH ST SUITE #8
WILMINGTON, NC 28412


COLONIAL LIFE
PREMIUM PROCESSING PO BOX 903
COLUMBIA, SC 29202-0903


COLONIAL LIFE
1201 AVERYT AVENUE
COLUMBIA, SC 29210-7654

COLORADO DEPT OF THE TREASURY
UNCLAIMED PROPERTY DIVISION
1580 LOGAN ST., STE. 500
DENVER, CO 80203


COMMONWEALTH OF MASSACHUSETTS
DEPT. OF STATE TREASURY,
UNCLAIMED PROPERTY DIVISION
P.O. BOX 414478
BOSTON, MA 02241-4478


COMMONWEALTH OF VIRGINIA
DEPT OF THE TREASURY
DIVISION OF UNCLAIMED PROPERTY
P.O. BOX 2478
RICHMOND, VA 23218-2418


COMPTROLLER OF MARYLAND
UNCLAIMED PROPERTY UNIT
301 WEST PRESTON STREET
BALTIMORE, MD 21201


CORAL HOLLIDAY
4648 PARK GRANADA APT 171
CALABASAS, CA 91302


CORD MOVING & STORAGE, INC.
3264 DEMOCRAT RD.
MEMPHIS, TN 37501


CORD NORTH AMERICAN
4101 RIDER TRAIL NORTH
EARTH CITY, MO 63045


CYNTHIA CAMPBELL
4213 RIDGEWOOD AVE
BALTIMORE, MD 21215


CYPRESS-FAIRBANKS TAX ASSESSOR
10494 JONES RD, STE. 106
HOUSTON, TX 77065


DAILY JOURNAL CORPORATION
ATTN: ACCOUNT RECEIVABLE
 PO BOX 54026
LOS ANGELES, CA 90054-0026

DAIOHS FIRST CHOICE SERVICES
2423 VERNA COURT
SAN LEANDRO, CA 94577


DALLAS COUNTY TAX OFFICE
ATTN: JOHN R. AMES CTA
500 ELM STREET
DALLAS, TX 75202


DANIELLE MEDINA-HARTSELL
PO BOX 524
CORONA, CA 92878


DAVID G LEWIS
23819 WELBY WAY
WEST HILLS, CA 91307


DEE BELL
1855 9TH ST #110
SANTA MONICA, CA 90404


DELAWARE STATE ESCHEATOR
P.O. BOX 962049
BOSTON, MA 02196-2049


DEPT. OF STATE LANDS
UNCLAIMED PROPERTY SECTION
775 SUMMER ST. NE, STE. 100
SALEM, OR 97301-1270


DONNA WEATHERSBEE
2047 COVERED BRIDGE COURT
ROCK HILL, SC 29732


EAV JANITORIAL SERVICES
36 BRANDING IRON CT.
OAKLEY, CA 94561


ELIZABETH RANKIN
2035 CASTRO ST #12
SAN FRANCISCO, CA 94131


EMERALD MOVING INC
4630 CLOUDBURST WAY
EUEGEN, OR 97402

ENGA WILCHER
522 MORGAN ST NW
ATLANTA, GA 30308


FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987-0978


FERRELLGAS
PO BOX 173940
DENVER, CO 80217-3940


FIRST CLASS MOVING SYSTEMS
8110 ANDERSON RD #100
TAMPA, FL 33634


FIRST CLASS MOVING SYSTEMS INC
8110 ANDERSON RD  SUITE 100
TAMPA, FL 33634


FLORIDA DEPT. OF FINANCIAL SVC
DIVISION OF UNCLAIMED PROPERTY
200 EAST GAINES STREET
TALLAHASSEE, FL 32339-0358


FRANCISCO PICHARDO
16324 NW 77 PATH
MIAMI LAKES, FL 33016


FRED QUINN
1969 23RD AVE
SAN FRANCISCO, CA 94116


GARY LYCAN
1000 W MACARTHUR BLVD #65
SANTA ANA, CA 92707


GEORGIA DEPT. OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4245 INTERNATIONAL PKWY, #A
HAPEVILLE, GA 30354

GRAEBEL RELOCATION SERVICE WW
ATTN: TERRY CARTER
12790 MERIT DR.
SUITE 400
DALLAS, TX 75251


GRAEBEL VANLINES, LLC
ATTN: TERRY CARTER
12790 MERIT DR.
SUITE 400
DALLAS, TX 75251


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141-6267


GROUP HEALTH OPTIONS INC.
P.O. BOX 34750
SEATTLE, WA 98124


GUARDIAN RELOCATION INC
1113 S FRANKLIN RD
INDIANAPOLIS, IN 46239


GWINNETT COUNTY TAX COMMISSION
P.O. BOX 372
LAWRENCEVILLE, GA 30046


HARRIS COUNTY TAX ASSESSOR
P.O. BOX 4622
HOUSTON, TX 77210


HEWLETT-PACKARD FIN. SERVICES
200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922


HIDE-AWAY STORAGE
MOBILE OPERATIONS
6791 28TH STREET CIRCLE EAST
SARASOTA, FL 34243


HOWARD COUNTY DEPT. OF FINANCE
P.O. BOX 3370
ELLICOTT CITY, MD 21041

IDAHO STATE TAX COMMISSION
UNCLAIMED PROPERTY SECTION
P.O. BOX 70012
 800 PARK BLVD. PLAZA IV
BOISE, ID 83707-0112


ILLINOIS ST. TREASURER OFFICE
UNCLAIMED PROPERTY DIVISION
P.O. BOX 19496
SPRINGFIELD, IL 62794-9496


IN & OUT TOTAL BLD MAINTENANCE
4027 BONNIE BRAE COURT
FREDERICKSBURG, VA 22407


INCONTACT
75 WEST TOWER RIDGE 1
SANDY, UT 84070


INDIANA ATTY GENERAL'S OFFICE
UNCLAIMED PROPERTY DIVISION
302 W. WASHINGTON ST. 5TH FL.
INDIANAPOLIS, IN 46204


INFINITE MASS INC DBA ADD3
500 EAST PIKE ST  STE 200A
SEATTLE, WA 98122


IOWA TREASURER OF STATE
GREAT IOWA TREASURE HUNT
LUCAS STATE OFFICE BLDG
321 E. 12TH STREET, 1ST FL.
DES MOINES, IA 50319


IPT CORRIDOR II IC LLC
500 EAST PRATT STREET
SUITE 5000
BALTIMORE, MD 21202


JACQUELINE SERVIN
PO BOX 634
FREMONT, CA 94537


JESSE LINDSAY
3722 N 12TH PL
PHOENIX, AZ 85014

JESUS AYALA
9965 SPRINGLAND DR
WHITTIER, CA 90601


JIVE COMMUNICATIONS, INC.
DEPT. CH 19606
PALATINE, IL 60055-9606


JOANNE RILEY
1706 163RD AVE APT A
SAN LEANDRO, CA 94578


JOHN DAVID MCDONALD
1374 "C" STREET
HAYWARD, CA 94541


JOHN FOSTER
2754 ELOQUENT LN
AUSTELL, GA 30136


JOHN SMALL
400 2ND AVENUE #3A
NEW YORK, NY 10010


JP MORGAN CHASE BANK
201 N. CENTRAL AVE.
21ST FLOOR
AZ1-1178
PHOENIX, AZ 85004


JULIE GRIFFETH
C/O DALE E. WASHINGTON
5942 EDINGER AVE
HUNTINGTON BEACH, CA 92649


JULIE GRIFFITH
4333 BERSESFORD ST #7
SAN MATEO, CA 94044


KANSAS STATE TREASURER
UNCLAIMED PROPERTY DIVISION
900 SW JACSKON ST. STE. 201
TOPEKA, KS 66612-1235

KAREN PEARCE
1519 EAST CHAPMAN AVE, #310
FULLERTON, CA 92831


KENTUCKY DEPT OF TREASURY
UNCLAIMED PROPERTY DIVISION
SUITE 183, CAPITOL ANNEX
FRANKFORT, KY 40601


KIMBERLY GEORGE-SHIELDS
1117F HARVARD ST NW
WASHINGTON, DC 20009


KING COUNTY TREASURY
ATN LINDA CRANE NELSEN
500 4TH AVE #600
SEATTLE, WA 98104-2387


LARRY WILLIAMS
C/O ANDREW J. WEINSTEIN
1515 UNIVERSITY DRIVE
SUITE 103
POMPANO BEACH, FL 33071


LAUREN FREYER
1007 GREEN OAK DRIVE, UNIT 21
NOVATO, CA 94949


LAVERNE HANEY
3202 KINGSDALE DRIVE
ATLANTA, GA 30311


LAWTON MOVING & STORAGE
25 FROST ST.
WARWICK, RI 02888


LBJ CREEKSIDE, LLC
C/O MENASHE PROPERTIES, INC.
621 SW ALDER, SUITE 800
PORTLAND, OR 97205


LEWIS BRISBOIS BISGAARD ET AL
633 W FIFTH ST SUITE 4000
LOS ANGELES, CA 90071

LILE INTERNATIONAL
5720-B NE 121ST AVE.
VANCOUVER, WA 98682


LILE MOVING AND STORAGE
8060 SW PFAFFLE ST STE 200
TIGARD, OR 97223-8489


LISA ROSEN
8230 SANTA LUZ VILLAGE GREEN S
SAN DIEGO, CA 92127


LORRI BURCHETT
1918 2ND AVE S
MINNEAPOLIS, MN 55103


LOUISIANA DEPT OF THE TREASURY
UNCLAIMED PROPERTY DIVISION
P.O. BOX 91010
BATON ROUGE, LA 70821


MADELEINE KOPP
C/O DALE E. WASHINGTON
5942 EDINGER AVE
HUNTINGTON BEACH, CA 92649


MAINE STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
39 STATE HOUSE STATION
AUGUSTA, ME 04333-0039


MARI STENSON
10110 WOODSTOCK RD
CINCINNATI, OH 45215


MATHER BROTHERS MOVING CO.
1532 W. GARNER ROAD
GARNER, NC 27529


MELROSE PARK CORP. CTR LLC
C/O PRINCIPAL LIFE INS. CO.
801 GRAND AVE.
DES MOINES, IA 50392

MET-LIFE - GROUP BENEFITS
P.O. BOX 14593
LEXINGTON, KY 40512-4593


MICHELLE CAGE
C/O DALE E. WASHINGTON
5942 EDINGER AVE
HUNTINGTON BEACH, CA 92649


MICHIGAN DEPT OF TREASURY
MICHIGAN DEPT OF TREASURY
P.O. BOX 30756
LANSING, MI 48922


MICROSOFT ONLINE INC
PO BOX 847543
DALLAS, TX 75284-7543


MINNESOTA  DEPT. OF COMMERCE
UNCLAIMED PROPERTY PROGRAM
85 - 7TH PL. EAST, STE. 500
SAINT PAUL, MN 55101-2198


MISSISSIPPI TREASURY DEPT.
UNCLAIMED PROPERTY DIVISION
P.O. BOX 138
JACKSON, MS 39205-0138


MONTANA DEPT OF REVENUE
UNCLAIMED PROPERTY DIVISION
P.O. BOX 5805
HELENA, MT 59604-5805


MOSS-ADAMS, LLP
PO BOX 748369
LOS ANGELES, CA 90074-8369


MOVEVALET FORWARDING LLC
12 STARCK DR
BURGETTSTOWN, PA 15021


MOVING SOLUTIONS
8001 MOVING WAY
MENTOR, OH 44060

MOVING SOLUTIONS, INC
8001 MOVING WAY
MENTOR, OH 44060


MY WAY MOBILE STORAGE
3696 NORTHRIDGE DR.  NW. # 20
GRAND RAPIDS, MI 49544


NAVIA BENEFIT SOLUNIONS, INC.
P.O. BOX 53250
BELLEVUE, WA 98015-3250


NC DEPT OF THE STATE TREASURER
UNCLAIMED PROPERTY PROGRAM
325 NORTH SALISBURY STREET
RALEIGH, NC 27603-1385


NEBRASKA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
5800 CORNHUSKER HWY,
BUILDING 2, SUITE 4
LINCOLN, NE 68507


NEVADA OFC OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
555 E. WASHINGTON AVE. STE. 42
LAS VEGAS, NV 89101-1070


NEW ERA STAFFING & HR SOLUTION
903 E. MAIN ST.  SUITE 103
AUBURN, WA 98002


NEW HAMPSHIRE TREASURY DEPT.
ABANDONED PROPERTY DIVISION
25 CAPITOL STREET, ROOM 205
CONCORD, NH 03301


NEW HAVEN COMPANIES
4801 SOLUTION CENTER
CHICAGO, IL 60677-4008


NEW JERSEY DEPT OF TREASURY
UNCLAIMED PROPERTY
P.O. BOX 214
TRENTON, NJ 08695-0214

NEW MEXICO TAXATION & REV DEPT
UNCLAIMED PROPERTY OFFICE
P.O. BOX 25123
SANTA FE, NM 87504-5123


NEW YORK STATE
OFFICE OF THE STATE CONTROLLER
OFC. OF UNC. FUNDS, 2ND FL.
110 STATE STREET
ALBANY, NY 12236


NICOLE ROUSE
1010 WHALLEY AVENUE, UNIT F
NEW HAVEN, CT 06515


NW MOBILE SELF STORAGE
210 42ND ST.
BROOKLYN, NY 11232


OBJECTFRONTIER INC
PO BOX 200107
PITTSBURGH, PA 15251-0107


OBJECTFRONTIER INC.
P.O. BOX 200107
PITTSBURGH, PA 15251-0107


OFFICE DEPOT, INC.
PO BOX 70025
LOS ANGELES, CA 90074-0025


OFFICE OF FINANCE AND TREASURY
UNCLAIMED PROPERTY UNIT
810 FIRST ST, NE, STE. 401
WASHINGTON, DC 20002


OFFICE OF MO STATE TREASURER
UNCLAIMED PROPERTY DIVISION
P.O. BOX 1004
JEFFERSON CITY, MO 65102


OFFICE OF THE STATE TREASURER
STATE OF CONNECTICUT, UNC PROP
55 ELM STREET
HARTFORD, CT 06106

OHIO DIV OF UNCLAIMED FUNDS
77 SOUTH HIGH STREET, 20TH FL.
COLUMBUS, OH 43215-6108


OKLAHOMA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
4545 N. LINCOLN BLVD. STE. 106
OKLAHOMA CITY, OK 73105-3413


ORANGE COUNTY TAX COLLECTOR
P.O. BOX 545100
ORLANDO, FL 32854


ORION CONTACT CENTER SERVICES
1590 A STREET NE
AUBURN, WA 98002


PACIFIC AIR CONTROL INC.
1916 220TH ST. SE,
SUITE M101
BOTHELL, WA 98021


PACIFIC GAS & ELECTRIC CO.
BOX 997300
SACRAMENTO, CA 95899-7300


PACIFIC OFFICE AUTOMATION
P.O. BOX 35701
BILLINGS, MT 59107-5701


PACIFIC OFFICE AUTOMATION
1064 4TH AVE. S
SEATTLE, WA 98134


PAYMENT PROCESSING, INC.
8200 CENTRAL AVE.
NEWARK, CA 94560


PENNSYLVANIA STATE TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. 1837
HARRISBURG, PA 17105-1837

POINT IT! INC.
151 WESTERN AVENUE SUITE 350
SEATTLE, WA 98119


PORTABOX
450 EAST 2200 SOUTH
SALT LAKE CITY, UT 84115


PORTABOX STORAGE
450 EAST 2200 SOUTH
SALT LAKE CITY, UT 84115


POWER MOVERS OF MN
3551 COMMERCIAL DRIVE SW
ROCHESTER, MN 55902


PRINCIPAL LIFE INS. CO.
C/O HARVEST PROPERTIES, INC.
6475 CHRISTIE AVE. STE. 550
EMERYVILLE, CA 94608


PROLOGIS TLF (KENT), LLC
C/O STOCKBRIDGE REAL ESTATE FU
4 EMBARCADERO CENTER, STE. 330
SAN FRANCISCO, CA 94111


PROLOGIS TLF (KENT), LLC
C/O CBRE
20415 77ND AVE. S, STE. 210
KENT, WA 98032


PROTECTION ONE
P.O. BOX 872987
KANSAS CITY, MO 64187-2987


QUALITY FORKLIFT SALES & SVC
587 CITATION DRIVE
SHAKOPEE, MN 55379


QWEST COMM. CO. LLC
D/B/A CENTURYLINK
ATTN: LEGAL DEPT.
1801 CALIFORNIA ST. #900
DENVER, CO 80202

R. I. OFFICE OF GEN. TREASURER
UNCLAIMED PROPERTY DIVISION
P.O. BOX 1435
PROVIDENCE, RI 02901-1435


RANAE SIMPSON
3108 5TH AVE, UNIT G
SAN DIEGO, CA 92103


RICH DOSS INC
PO BOX 4799
SANTA ROSA, CA 95402


ROMEO MARTINEZ
102 OLD CONNECTICUT PATH
FRAMINGHAM, MA 01701


RUT 3-4-7, LTD
C/O HPI REAL ESTATE, INC.
3600 N. CAPITAL OF TEXAS HWY
AUSTIN, TX 78746


RYDER INTEGRATED LOGISTICS
PO BOX 209022
DALLAS, TX 75320-9022


RYDER INTEGRATED LOGISTICS, IN
11690 NW 105TH STREET
MIAMI, FL 33178


RYDER-CHICAGO
P.O. BOX 96723
96723 COLLECTIONS CTR DR
CHICAGO, IL 60693-6723


S&C MOVERS INC
PO BOX 2552
SLIDELL, LA 70459-2552


S.C. ST. TREASURER'S OFFICE
UNCLAIMED PROPERTY PROGRAM
P.O. BOX 11778
COLUMBIA, SC 29211

SCHWARZ PAPER COMPANY
32062 COLLECTION CENTER DR
CHICAGO, IL 60693-0320


SCOTT MCKENNEY
114 SCHOOL STREET, UNIT 3
SOMERVILLE, MA 02143


SEASON COMFORT CORP
107 WEST 61ST ST.
WESTMONT, IL 60559-2617


SEATTLE-TACOMA BOX COMPANY
23400 - 71ST PLACE SOUTH
KENT, WA 98032


SHELLIE BRIGHTON
C/O VALARIE JOHNSON
EEOC
909 FIRST AVE., STE. 400
SEATTLE, WA 98104


SHERITA SAMUELS
C/O DALE E. WASHINGTON
5942 EDINGER AVE
HUNTINGTON BEACH, CA 92649


SINA & DAVID MEHDYZADEH
7885 NELSON ROAD
PANORAMA CITY, CA 91403


SMOKY MTN. MOVING SERVICES INC
2664 OLD NEWPORT HWY
SEVIERVILLE, TN 37876


STARCK VAN LINES INC
12 STARCK DRIVE
BURGETTSTOWN, PA 15021-9594


STATE OF AE
UNCLAIMED PROPERTY

```
STATE OF ALASKA
DEPT OF REVENUE, TAX DIVISION
UNCLAIMED PROPERTY
P.O. BOX 110420
JUNEAU, AK 99811-0420


STATE OF HAWAII
DEPT. OF BUDGET & FINANCE
UNCLAIMED PROP. PROGRAM
P.O. BOX 150
HONOLULU, HI 96810


STATE OF NEW JERSEY
CBT - DIVISION OF TAXATION PO BOX 193
TRENTON, NJ 08646-0193


STATE OF TENNESSEE
UNCLAIMED PROP. DIV., 9TH FL.
ANDREW JACKSON OFFICE BLDG.
NASHVILLE, TN 37243


STATE OF WASHINGTON
UNCLAIMED PROPERTY DIVISION
P.O. BOX 34053
SEATTLE, WA 98124-1053


STEPHAN TAYLOR
9711 SUMMIT CIRCLE
APT 1-B
UPPER MARLBORO, MD 20774


STEWART MOVING & STORAGE
200 WYLDEROSE COURT
MIDLOTHIAN, VA 23113


STEWART MOVING & STORAGE
6580 WEST 5TH STREET
JACKSONVILLE, FL 32254


STORAGE CUBBIES
363 N. LINDER RD.
MERIDIAN, ID 83642
```

TEXAS COMPTROLLER OF PUBLIC AC
UNCLAIMED PROPERTY HOLDER
P.O. BOX 12019
AUSTIN, TX 78711-2019


THOMAS HAYWARD AUCTIONEERS
1610 BRIGHTSTONE CT
RENO, NV 89521


TIFFANY AMOS
1179 BRITTANY WAY
NORCROSS, GA 30093


TITAN COMMERCIAL WAREHOUSE
2901 TITAN ROW
SUITE 102
ORLANDO, FL 32809


TOM LEYSON
1794 30TH AVE
SAN FRANCISCO, CA 94122


TOWN OF WILMINGTON
121 GLEN ROAD - ROOM 1
WILMINGTON, MA 01887


TRAMS-PAK
520 MARBURG WAY
SAN JOSE, CA 95133


TRAVIS COUNTY TAX COLLECTOR
8314 CROSS PARK DR
AUSTIN, TX 78714


TREPTE
INVESTMENT COMPANY INC.
ATTN: PAUL MUZZY
9665 GRANITE RIDGE DRIVE, #200
SAN DIEGO, CA 92123


UNITED RENTALS NORTHWEST INC
FILE 51122
LOS ANGELES, CA 90074-1122

UNUM LIFE INS. CO. OF AMERICA
P.O. BOX 406990
ATLANTA, GA 30384-6990


US STORAGESEARCH.COM
4219 SO 143RD CIRCLE
OMAHA, NE 68137


UTAH STATE TREASURER
UNCLAIMED PROPERTY DIVISION
341 SOUTH MAIN STREET, 5TH FL.
SALT LAKE CITY, UT 84111


VALWOOD IMPROVEMENT AUTHORITY
1740 BRIERCRAFT CT
CARROLLTON, TX 75006


W.V. OFFICE OF ST. TREASURER
UNCLAIMED PROPERTY DIVISION
ONE PLAYERS CLUB DRIVE
CHARLESTON, WV 25311


WATSON PARTNERS, LP
22010 WILMINGTON AVE.
CARSON, CA 90745


WELLS FARGO INSURANCE SERVICES
999 THIRD AVE. SUITE 4100
SEATTLE, WA 98104


WEST UNIFIED COMMUNICATIONS
15272 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


WILLIAM HOPE
PO BOX 58216
RENTON, WA 98058


WILLIAM LAWTON & SON INC
110 CRESCENT AVE
CRANSTON, RI 02910

WISCONSIN OFC OF ST. TREASURER
UNCLAIMED PROPERTY DIVISION
P.O. BOX 2114
MADISON, WI 53701-2114


WYOMING OFC OF ST. TREASURER
UNCLAIMED PROPERTY DIVISION
2515 WARREN AVENUE, STE. 502
CHEYENNE, WY 82002


YP
PO BOX 601141
PASADENA, CA 91189-1141

# United States Bankruptcy Court
## Western District of Washington

In re    **Door to Door Storage, Inc.**                  Case No.

                                     Debtor(s)           Chapter    **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:             $               **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income                                      $               **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

    3. Net Employee Payroll (Other Than Debtor)         $          **0.00**

    4. Payroll Taxes                      **0.00**

    5. Unemployment Taxes               **0.00**

    6. Worker's Compensation            **0.00**

    7. Other Taxes                        **0.00**

    8. Inventory Purchases (Including raw materials)     **0.00**

    9. Purchase of Feed/Fertilizer/Seed/Spray       **0.00**

   10. Rent (Other than debtor's principal residence)    **0.00**

   11. Utilities                           **0.00**

   12. Office Expenses and Supplies        **0.00**

   13. Repairs and Maintenance          **0.00**

   14. Vehicle Expenses               **0.00**

   15. Travel and Entertainment          **0.00**

   16. Equipment Rental and Leases        **0.00**

   17. Legal/Accounting/Other Professional Fees    **0.00**

   18. Insurance                         **0.00**

   19. Employee Benefits (e.g., pension, medical, etc.)    **0.00**

   20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

        DESCRIPTION                        TOTAL

        -                                     **0.00**

   21. Other (Specify):

        DESCRIPTION                        TOTAL

   22. Total Monthly Expenses (Add items 3-21)                     $               **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $               **0.00**

**Door to Door Storage, Inc.**  Cash Balance at 11/7/16: **$ 428,100**
Weekly Cash Flow Plan (Post-Filing)
**Confidential - Subject to Revision**  *Projected Collections - 11/1 - 12/2:* **$1,019,375**  *Projected Collections - 12/3 - 12/30:* **$1,004,500**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Projected Containers Under Rental | 14,700 | 14,600 | 14,500 | 14,450 | 14,400 | 14,367 | 14,333 | 14,300 |
| Proj. Storage & LBT Revenue/CUR | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| | *18.0%* | *15.0%* | *15.0%* | *20.0%* | *35.0%* | *24.0%* | *20.0%* | *21.0%* |
| **Week Ending:** | **11/11/16** | **11/18/16** | **11/25/16** | **12/02/16** | **12/09/16** | **12/16/16** | **12/23/16** | **12/30/16** |
| **Cash Inflows** | | | | | | | | |
| Customer Payments (Net of CC Fees) | $ 184,086 | $ 153,405 | $ 153,405 | $ 204,540 | $ 351,575 | $ 241,080 | $ 200,900 | $ 210,945 |
| **Operating Outflows by Category** | | | | | | | | |
| Payroll | - | 135,000 | - | 130,000 | - | 138,000 | - | 130,000 |
| Facility Rents, Utilities, Maint. | 119,000 | 75,000 | 20,000 | 310,000 | 25,000 | 70,000 | 25,000 | 310,000 |
| Moving Transportation | 20,000 | 10,000 | | | | | | |
| Ryder - LBT Services | - | 80,000 | 5,000 | 110,000 | 17,000 | 70,000 | - | 70,000 |
| Advertising - Google | 25,000 | - | 25,000 | - | 25,000 | - | 25,000 | - |
| Branch Affiliate Services | 15,000 | 25,000 | 41,000 | 15,000 | 15,000 | 15,000 | 12,500 | 12,500 |
| Employee Benefits | 54,000 | 2,000 | 2,000 | 35,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| American Express Charges | - | - | - | - | - | 25,000 | - | - |
| CapEx - New Containers | - | - | - | - | - | - | - | - |
| OFS - Outsourced IT Support | - | - | - | 5,000 | - | - | - | - |
| UST Trustee Fees - Quarterly | - | - | - | - | - | - | - | - |
| JPMC - LOC Interest & Fees | 7,000 | 2,000 | - | - | 8,000 | 2,000 | - | - |
| Warehouse Relocation Costs | - | - | - | - | - | - | - | - |
| Government/Taxes | - | 10,000 | 13,000 | - | - | 10,000 | 6,000 | 5,000 |
| Other Misc. Expenses | 25,000 | 36,000 | 25,014 | 25,000 | 25,000 | 63,000 | 25,000 | 25,014 |
| Professional Fund | - | - | 115,000 | - | - | 115,000 | - | - |
| **Total Operating Outflows** | 265,000 | 375,000 | 246,014 | 630,000 | 117,000 | 510,000 | 95,500 | 554,514 |
| Net Cash Inflows/(Outflows) | $ (80,914) | $ (221,595) | $ (92,609) | $ (425,460) | $ 234,575 | $ (268,920) | $ 105,400 | $ (343,569) |
| Cash Balance - Pre-Add'l Financing | $ 347,186 | $ 125,591 | $ 232,982 | $ (192,478) | $ 441,097 | $ 172,177 | $ 277,577 | $ (65,992) |
| Additional DIP Financing | - | 200,000 | - | 400,000 | - | - | - | 250,000 |
| DIP Interest | - | - | - | (1,000) | - | - | - | (3,000) |
| Proceeds from Asset Sales | - | - | - | - | - | - | - | - |
| Final Week End Cash Balance | $ 347,186 | $ 325,591 | $ 232,982 | $ 206,522 | $ 441,097 | $ 172,177 | $ 277,577 | $ 181,008 |
| DIP Beg Balance | $ - | $ - | $ 200,000 | $ 200,000 | $ 600,000 | $ 600,000 | $ 600,000 | $ 600,000 |
| Borrowings -Operating $850k | - | 200,000 | - | 400,000 | - | - | - | 250,000 |
| Borrowings - Retention $150k | - | - | - | - | - | - | - | - |
| DIP End Balance | $ - | $ 200,000 | $ 200,000 | $ 600,000 | $ 600,000 | $ 600,000 | $ 600,000 | $ 850,000 |