Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

Door to Door Storage, Inc.,

Debtor.

Case No. 16-15618

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee.

**Creditor 1 & Chairperson:**

Ryder Integrated Logistics and Transportation
Mike Mandell, Corp. Stop Loss Manager
11690 NW 105th St.
Miami, FL 33178
Phone: 305-500-4417
Fax: 305-500-3336
Mike_Mandell@Ryder.com

**Creditor 2:**

4 Elements, Inc.
Jean Lauture, CCP, Director Credit
6665 Cote-de-Liesse
Montreal, Quebec, Canada
Phone: 514-343-0044, ext. 7451
Fax: NA
JLauture@traffictech.com

**Creditor 3:**

Seattle Tacoma Box Company
Jake Nist, Sales
Jennifer Dochnahl, Credit Manager
23400 71st Place S.
Kent, WA 98032
Phone: 253-854-9700
Fax: 253-850-6193
JakeNist@Seattlebox.com
Jennifer@Seattlebox.com

**Creditor 4:**

Michelle Cage
Dale Washington, Attorney for M. Cage
5412 Edinger Ave., #113
Huntington Beach, CA 92649
Phone: 714-242-3868
Fax: 714-242-3869
Washington.dale@gmail.com

Appointment of Unsecured Creditors Committee - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-15618-CMA    Doc 64    Filed 11/17/16    Ent. 11/17/16 08:57:53    Pg. 1 of 2

Dated: November 17, 2016

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA #40005
Attorney for the United States Trustee

Appointment of Unsecured Creditors Committee - 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-15618-CMA    Doc 64    Filed 11/17/16    Ent. 11/17/16 08:57:53    Pg. 2 of 2