HONORABLE CHRISTOPHER M. ALSTON

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

DOOR TO DOOR STORAGE, INC.
20425 72ND AVE. S.
KENT, WA 98032
Tax ID 91-1698980,

Debtor.

No. 16-15618

NOTICE OF ADDITION TO
SCHEDULES AND CLAIMS BAR DATE

Please be advised that you have been added to the bankruptcy schedules of Door to Door Storage, Inc. (the "Debtor"), debtor-in-possession herein, as potentially holding a claim in the above-captioned bankruptcy case based upon the rejection of your customer contract with the Debtor. You may view the bankruptcy schedules at no charge on the website:

http://omnimgt.com/CMSVol2/pub_47152/616108_174.pdf.

Pursuant to Local Bankruptcy Rule 1017 for the Western District of Washington, you have 21 days from the date of this notice to file a proof of claim. Instructions and electronic filing information can be found at the following link: http://www.wawb.uscourts.gov/eclaims.htm.

NOTICE OF ADDITION TO SCHEDULES AND CLAIMS
BAR DATE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2237 20161 ba313m06zb
Case 16-15618-CMA    Doc 180    Filed 02/09/17    Ent. 02/09/17 16:04:45    Pg. 1 of 2

ONLY IN THE EVENT YOU ARE NOT ABLE TO SUBMIT YOUR CLAIM ELECTRONICALLY AS SET FORTH ABOVE, signed original Proof of Claim forms along with accompanying documentation may be filed at Door to Door Storage, Inc. Claims Processing, c/o Rust Omni, 5955 DeSoto Ave., Suite 100, Woodland Hills, CA 91367. Proof of Claim forms and instructions can be obtained on the bankruptcy court's website http://www.wawb.uscourts.gov/. Proofs of Claim may be submitted in person, by courier service, hand-delivery or mailed to the Claims Agent at the foregoing address. To receive a conformed copy of your filed Proof of Claim form, you must include a stamped self-addressed envelope and an additional copy of your proof of claim. If you should have any questions about how to fill out your Proof of Claim form, you should review the instructions. Otherwise, you will need to consult with your own legal advisor.

If you have any questions regarding this Notice, please contact the undersigned.

DATED this 8th day of February, 2017.

BUSH KORNFELD LLP

By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for Door to Door Storage, Inc.

NOTICE OF ADDITION TO SCHEDULES AND CLAIMS
BAR DATE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104