# EXHIBIT A

# Orse & Co., Inc.
1932 First Avenue
Seattle, WA 98101, Suite 1088
W:206-321-0724
e-mail: eorse@orseco.com

November 30, 2016

Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered November 7, 2016 through November 30, 2016 for Eric D. Orse

| Date | Description | Amount |
|---|---|---|
| **Invoice** | | |
| 11/30/2016 | Management Services - Eric D. Orse | $ 25,000.00 |
| | Mr. Orse provides Chief Financial and Restructuring Advisory services for the company on a full time basis in the Kent office. These services include overseeing the accounting and finance side of the business as well as focusing on the restructuring side including being the primary point of contact for the company with the bankruptcy proceedings and all of the stakeholders. | |
| **Total Invoice** | | **$ 25,000.00** |

**Door To Door Storage, Inc.**
**Billing detail for Orse & Co., Inc.**
**Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA**

Billing for Services Rendered November 7, 2016 through November 30, 2016 for Eric D. Orse

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/7/16 | Finalize DIP Budget, Company Wide meeting on announced Ch. 11, Cashflow/Operating Management | 8.00 | |
| 11/8/16 | Vendor calls, Cashflow review, Various attorney calls re: customer transition plan, Strategic Planning on selling assets with BOD, and management operations | 9.00 | |
| 11/9/16 | Court hearing re: First day motions, cash collateral and DIP financing, Vendor management, cashflow management, and operating management | 6.00 | |
| 11/10/16 | Operations management, various calls with Vendors, Coordinate Ch. 11 activities | 4.00 | |
| 11/11/16 | Vendor calls, Cash flow review, Various attorney calls re: customer transition plan, Strategic Planning on selling assets with BOD, and management operations | 8.00 | |
| 11/14/16 | Cash flow updates, operations management, calls with Vendors and landlords, strategy with Ryder, Graebal and management. | 8.50 | |
| 11/15/16 | Cash flow updates, operations management, calls with Vendors and landlords, strategy with Ryder, Graebal and management. | 7.75 | |
| 11/16/16 | Cash flow updates, operations management, calls with Vendors, and strategic planning on assets sales | 8.00 | |
| 1/17/16 | Operations management and meetings re: various motions etc. | 4.50 | |
| 1/18/16 | Teleconference calls with potential buyers, Vendor issues, and cashflow management | 6.00 | |
| 11/21/16 | Initial Debtor Interview with US Trustee, cashflow management, Operations management, and vendor management | 6.00 | |
| 11/22/16 | Teleconference call with Creditors Committee Advisors, Prepare Due Diligence package for potential buyers, Cash flow management, Strategic planning on restructuring, and operational management | 5.00 | |
| 11/23/16 | Meeting with J. Kornfeld and A. Willig re: Graebel and Ryder contracts and Plan of Reorganization | 3.00 | |
| 11/23/16 | Operations management, cashflow management and Due Diligence response on selling of assets | 5.00 | |
| 11/28/16 | Operations management, Update BOD on progress of Ch. 11, Vendor calls, cashflow updates, and other financial meetings | 8.50 | |
| 11/29/16 | Operations management, Vendor calls, Cash flow updates on DIP budget, management meetings | 8.00 | |
| 11/30/16 | Operations management, Vendor calls, cashflow review, teleconference with CC advisors, and other financial meetings | 8.00 | |
| | **Total Hours** | **113.25** | **$ -** |

**Orse & Co., Inc.**
1932 First Avenue
Seattle, WA 98101, Suite 1088
W:206-321-0724
e-mail: eorse@orseco.com

December 31, 2016

Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered December 1, 2016 through December 31, 2016 for Eric D. Orse

| Date | Description | Amount |
|---|---|---|
| **Invoice** | | |
| 12/31/2016 | Management Services - Eric D. Orse | $ 25,000.00 |
| | Mr. Orse provides Chief Financial and Restructuring Advisory services for the company on a full time basis in the Kent office. These services include overseeing the accounting and finance side of the business as well as focusing on the restructuring side including being the primary point of contact for the company with the bankruptcy proceedings and all of the stakeholders. | |
| **Total Invoice** | | **$ 25,000.00** |

**Door To Door Storage, Inc.**
**Billing detail for Orse & Co., Inc.**
**Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA**

Billing for Services Rendered December 1, 2016 through December 31, 2016 for Eric D. Orse

| Date | Description | Hours |
|---|---|---|
| 12/1/16 | Operations management, Vendor calls, cashflow review, teleconference with CC advisors, and other financial meetings | 8.50 |
| 12/2/16 | Operations management, Vendor calls, cashflow review, follow-up with CC advisors, and other financial meetings | 6.00 |
| 12/5/16 | Operation management, Strategy session, and financial meetings | 7.50 |
| 12/6/16 | Operations management, Financial meetings, follow-up on CC advisor requests, and update call with | 7.00 |
| 12/7/16 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios | 8.00 |
| 12/8/16 | Operations management, Financial meetings, Company wide update, Review October financials, and prepare November US Trustee Report | 7.00 |
| 12/9/16 | Operations management, Financials Meetings, cashflow review, and asset sale scenarios | 7.00 |
| 12/12/16 | Review and respond to various operations emails | 1.00 |
| 12/13/16 | Attend 341 meeting, update cashflow projections, prepare for UCC meeting, and meetings on motions and Orders | 8.00 |
| 12/14/16 | Operations management, Financial Meetings, cashflow review and call with Creditors Committee | 9.00 |
| 12/15/16 | Operations management, Financial Meetings, cashflow review and asset sale scenarios | 6.50 |
| 12/16/16 | Operations management, Financial Meetings, cashflow review and asset sale scenarios | 7.00 |
| 12/19/16 | Operations management, Cashflow review, US Trustee reporting, and asset sale scenarios | 8.00 |
| 12/20/16 | Prepare BOD package, UST Reporting, November Financial Statement review, and operations management | 7.50 |
| 12/21/16 | Operations management, UST Reporting, weekly call with CC, and asset sale scenarios | 6.00 |
| 12/22/16 | BOD call, various attorney calls, operations management, UST Reporting and cashflow review | 7.50 |
| 12/23/16 | Operations management, lease renewal review, asset sale scenarios, and cashflow review | 5.00 |
| 12/27/16 | US Trustee Reporting, Cashflow review, and operations management | 7.50 |
| 12/28/16 | File US Trustee Report, Weekly call with Creditors Committee advisors, call with Raymond James, operations management, and strategic planning for move forward model | 7.75 |
| 12/29/16 | Operations management, lease renewal review, asset sale scenarios, and cashflow review | 7.00 |
| | **Total Hours** | **138.75** |

# Orse & Co., Inc.
1932 First Avenue
Seattle, WA 98101, Suite 1088
W:206-321-0724
e-mail: eorse@orseco.com

January 31, 2017

Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered January 1, 2017 through January 31, 2017 for Eric D. Orse

| Date | Description | Amount |
|---|---|---|
| **Invoice** | | |
| 1/31/2017 | Management Services - Eric D. Orse | $ 25,000.00 |
| | Mr. Orse provides Chief Financial and Restructuring Advisory services for the company on a full time basis in the Kent office. These services include overseeing the accounting and finance side of the business as well as focusing on the restructuring side including being the primary point of contact for the company with the bankruptcy proceedings and all of the stakeholders. | |
| **Total Invoice** | | **$ 25,000.00** |

Door To Door Storage, Inc.
Billing detail for Orse & Co., Inc.
Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered January 1, 2017 through January 31, 2017 for Eric D. Orse

| Date | Description | Hours |
|---|---|---|
| 1/3/17 | Operations management, Vendor calls, cashflow review, teleconference with J. Kornfeld, and other financial meetings | 8.00 |
| 1/4/17 | Operations management, Vendor calls, cashflow review, follow-up with CC advisors, and other financial meetings | 8.50 |
| 1/5/17 | Operation management, Strategy session, and financial meetings | 8.00 |
| 1/6/17 | Operations management, Financial meetings, follow-up on CC advisor requests, and update call with | 6.25 |
| 1/9/17 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios | 8.25 |
| 1/10/17 | Operations management, Financial meetings, Company wide update, Due Diligence Request follow-up | 8.50 |
| 1/11/17 | Operations management, Financials Meetings, cashflow review, weekly call with CC Advisors and asset sale scenarios | 7.75 |
| 1/12/17 | Meetings re: asset sales, go forward plan and other operational items | 9.00 |
| 1/13/17 | Meetings re: asset sales, go forward plan and other operational items and update DIP Budget for approval | 7.50 |
| 1/16/17 | Operations management, Financial Meetings, cashflow review and asset sale scenarios | 7.25 |
| 1/17/17 | Operations management, Financial Meetings, cashflow review and asset sale scenarios | 8.00 |
| 1/18/17 | Operations Management, US Trustee Report, Weekly call with CC Advisors, and asset sale review | 8.25 |
| 1/19/17 | Operations management, Cashflow review, US Trustee reporting, and asset sale scenarios | 8.00 |
| 1/20/17 | Review and file December US Trustee Report, Operations management, Finalize and review December financial statements, and Cashflow review | 7.25 |
| 1/23/17 | Review and respond to various asset offers, prepare claims analysis and rejection analysis, Operations management, and cashflow review | 7.75 |
| 1/24/17 | BOD call, various attorney calls, operations management, UST Reporting and cashflow review | 7.50 |
| 1/25/17 | Operations Management, US Trustee Report, Weekly call with CC Advisors, and asset sale review | 8.00 |
| 1/26/17 | BOD Call re: various asset sale offers, various calls with Management and counsel re: asset sales and analysis, Cashflow management, and other operations management | 6.75 |
| 1/27/17 | Prepare and review rejections claims, Review and analyze asset sales and follow-up due diligence, cashflow management, and operations management. | 6.75 |
| 1/30/17 | Prepare claims analysis, follow-up with CC advisor request, Update cashflow, and operations management | 5.50 |
| 1/31/17 | Review motions approved, follow-up on CC advisor request, prepare claims rejection analysis, and operations management | 7.00 |
| **Total Hours** | | **159.75** |

# Orse & Co., Inc.
1932 First Avenue
Seattle, WA 98101, Suite 1088
W:206-321-0724
e-mail: eorse@orseco.com

February 28, 2017

Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered February 1, 2017 through February 28, 2017 for Eric D. Orse

| Date | Description | Amount |
|---|---|---|
| **Invoice** | | |
| 2/28/2017 | Management Services - Eric D. Orse | $ 25,000.00 |
| | Mr. Orse provides Chief Financial and Restructuring Advisory services for the company on a full time basis in the Kent office. These services include overseeing the accounting and finance side of the business as well as focusing on the restructuring side including being the primary point of contact for the company with the bankruptcy proceedings and all of the stakeholders. | |
| **Total Invoice** | | $ 25,000.00 |

**Door To Door Storage, Inc.**
**Billing detail for Orse & Co., Inc.**
**Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA**

Billing for Services Rendered February 1, 2017 through February 28, 2017 for Eric D. Orse

| Date | Description | Hours |
|---|---|---|
| 2/1/17 | Operations management, Weekly call with UCC advisors, cashflow review, teleconference with J. Kornfeld, and other financial meetings | 7.00 |
| 2/2/17 | Operations management, cashflow review, follow-up with CC advisors, and other financial meetings | 7.00 |
| 2/3/17 | Operation management, Strategy session, and financial meetings | 4.75 |
| 2/6/17 | Review and respond to various emails re: operations etc. | 2.00 |
| 2/7/17 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios | 6.75 |
| 2/8/17 | Operations management, Financials Meetings, cashflow review, weekly call with CC Advisors and asset sale scenarios | 9.50 |
| 2/9/17 | Operations management, Financials Meetings, cashflow review, claims analysis and asset sale scenarios | 8.00 |
| 2/10/17 | Operations management, Financials Meetings, cashflow review, company wide update, claims analysis and asset sale scenarios | 7.75 |
| 2/13/17 | Operations management, Financial Meetings and cashflow review. | 8.00 |
| 2/14/17 | Operations management, Asset sales negotiations, and various calls with management and attorneys re: asset sales. | 7.75 |
| 2/15/17 | Operations management, Weekly call with UCC advisors, cashflow review, teleconference with J. Kornfeld, and other financial meetings | 6.00 |
| 2/16/17 | Various calls with management re: asset sales, teleconference with CC advisors re: various asset sales, and financial management meetings | 9.00 |
| 2/17/17 | Operations management, financial meetings, cashflow review, claims analysis and asset sales review | 7.50 |
| 2/21/17 | Update calls with management, operations management, financial meetings and asset sales analysis | 7.00 |
| 2/22/17 | Operations management, Weekly call with UCC advisors, cashflow review, and other financial meetings | 8.00 |
| 2/23/17 | Operations management, financial meetings, cashflow review, and claims review | 7.00 |
| 2/24/17 | Review asset sale offers, review financial statements, and various calls re: sale of assets | 4.00 |
| 2/27/17 | Operations management, Asset sales negotiations, and various calls with management and attorneys re: asset sales. | 7.00 |
| 2/28/17 | Operations management, cashflow review, teleconference calls re: Asset sales scenarios and review of claims analysis. | 6.00 |
| | **Total Hours** | **130.00** |

# Orse & Co., Inc.
1932 First Avenue
Seattle, WA 98101, Suite 1088
W:206-321-0724
e-mail: eorse@orseco.com

March 31, 2017

Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA

Billing for Services Rendered March 1, 2017 through March 31, 2017 for Eric D. Orse

| Date | Description | Amount |
|---|---|---|
| **Invoice** | | |
| 3/31/2017 | Management Services - Eric D. Orse | $ 25,000.00 |
| | Mr. Orse provides Chief Financial and Restructuring Advisory services for the company on a full time basis in the Kent office. These services include overseeing the accounting and finance side of the business as well as focusing on the restructuring side including being the primary point of contact for the company with the bankruptcy proceedings and all of the stakeholders. | |
| **Total Invoice** | | **$ 25,000.00** |

**Door To Door Storage, Inc.**
**Billing detail for Orse & Co., Inc.**
**Bankruptcy of Door To Door Storage, Inc. Case # 16-15618-CMA**

Billing for Services Rendered March 1, 2017 through March 31, 2017 for Eric D. Orse

| Date | Description | Hours |
|---|---|---|
| 3/1/17 | Operations management, Weekly call with UCC advisors, cashflow review, teleconference with J. Kornfeld, and other financial meetings | 7.00 |
| 3/2/17 | Operations management, cashflow review, follow-up with CC advisors, and other financial meetings | 5.00 |
| 3/3/17 | Operation management, Strategy session, and financial meetings | 7.00 |
| 3/6/17 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios | 8.00 |
| 3/7/17 | Operations management, Financial Statement review, review various asset sale term sheets | 8.00 |
| 3/8/17 | Operations management, Financials Meetings, cashflow review, weekly call with CC Advisors and asset sale scenarios | 7.25 |
| 3/9/17 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios | 3.00 |
| 3/10/17 | Operations management, various calls with Counsel on Bankruptcy, review various asset sale scenarios, and financial statements review and preparation of UST Report | 8.00 |
| 3/13/17 | Operations management, Financial Meetings and cashflow review. | 7.25 |
| 3/14/17 | Review February financial statements, Prepare February UST Report for filing, Cashflow updates to Budget, and various operational meetings | 7.75 |
| 3/15/17 | Operations management, Weekly call with UCC advisors, cashflow review, teleconference with J. Kornfeld, and other financial meetings | 4.00 |
| 3/16/17 | Various calls with management re: Due Diligence questions from buyers, Review various proposals and term sheets from buyers, and financial management | 7.50 |
| 3/17/17 | Operations management, financial meetings, cashflow review, claims analysis and asset sales review | 7.50 |
| 3/20/17 | Operations management, financial reporting, cashflow review and asset sale meetings | 8.00 |
| 3/21/17 | Various calls with management re: Due Diligence questions from buyers, cashflow review and financial management | 7.75 |
| 3/22/17 | Weekly conference call with UCC Advisors, review and update long-term cashflow, respond to various DD requests on sale of assets, and financial management | 8.00 |
| 3/23/17 | Various calls on Plan with J. Kornfeld and follow-up on cashflow | 2.00 |
| 3/24/17 | Operations management, cashflow review, follow-up with CC advisors, and other financial meetings | 8.00 |
| 3/27/17 | Update cashflow budget, operations management, financial meetings and Asset sale analysis | 4.75 |
| 3/28/17 | Operations management, financial management, and various calls on sale of assets | 7.50 |
| 3/29/17 | Operations management, financial management, and various calls on sale of assets | 7.25 |
| 3/30/17 | Various calls with management re: Due Diligence questions from buyers, Review various proposals and term sheets from buyers, and financial management | 6.00 |
| 3/31/17 | Company wide meeting, operations management, review APA, prepare schedules for APA and cashflow management | 6.75 |
| | **Total Hours** | **145.25** |